# Exhibit 2

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 6,368,694** | Nike, Inc. (OREGON CORPORATION) |
| **Registered Jun. 01, 2021** | One Bowerman Dr. |
| | Beaverton, OREGON 97005 |
| **Int. Cl.: 25** | |
| | CLASS 25: Footwear |
| **Trademark** | |
| | FIRST USE 4-00-1985; IN COMMERCE 4-00-1985 |
| **Principal Register** | |

The mark consists of a three-dimensional configuration comprising the design of the material panels that form the exterior body of the shoe, the design of the panel on top of the shoe that includes the eyelets for the shoe laces, the design of the ridge pattern on the sides of the sole of the shoe, the design of a stitched line running along the midsole of the shoe, and the relative position of these elements to each other. The broken lines show the position of the mark and are not claimed as part of the mark. Color is not claimed as a feature of the mark.

SEC.2(F)

SER. NO. 90-086,080, FILED 07-31-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

