# Exhibit 4

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,721,064** NIKE, INC. (OREGON CORPORATION)
Registered Dec. 8, 2009  ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

**Int. Cl.: 25** FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**
**PRINCIPAL REGISTER**

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

THE MARK CONSISTS OF THE DESIGN OF THE TREAD ON THE SOLE A SHOE. THE BROKEN LINES SHOW THE POSITION OF THE MARK ON THE GOODS AND ARE NOT CLAIMED AS A PART OF THE MARK. COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-621,665, FILED 11-25-2008.

RICHARD WHITE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office