# Exhibit 6

# Arnold & Porter

**Bridgette C. Boyd**
+1 202.942.6745 Direct
Bridgette.Boyd@arnoldporter.com

August 6, 2021

**Via E-Mail -** *info@bykiy.shop* **&** *bykiyonline@gmail.com*
**Overnight Courier**

Nickwon Arvinger
By Kiy, LLC
18 Butternut Street
Jersey City, NJ 07305

   **Re:** **Notice of Violations Regarding Nike's Trademark Rights**

Dear Mr. Arvinger:

  We represent Nike, Inc. in intellectual property matters. Nike owns many famous and well-known trademarks and trade dress rights in the distinctive designs of its shoes, which are recognized around the world as indicators of high-quality Nike products. Relevant to this letter, Nike owns the trademarks shown below (the "Nike Trademarks").

**The Nike Trademarks**



# Arnold & Porter

By Kiy, LLC
August 6, 2021
Page 2

Nike has continuously promoted and sold a wide range of goods under the Nike Trademarks for many decades. The Nike Trademarks are recognized as source identifiers for the high-quality products originating exclusively from Nike. Nike owns both common law and registered trademark rights in the Nike Trademarks. For example, Nike owns at least the following U.S. trademark registrations for the above-referenced Nike Trademarks: Reg. No. 6,368,694; Reg. No. 6,368,691; and Reg. No. 6,368,693.

As a trademark owner, Nike is obligated under the law to guard against unauthorized uses of its marks. Consequently, Nike regularly monitors the marketplace for unauthorized reproductions of its trademarks and takes steps to resolve unauthorized uses. Such unauthorized uses include the manufacture, promotion, and/or offer for sale of knockoffs, including those misrepresented as "customized" or "bootlegged" Nike footwear. Indeed, Nike is actively enforcing its rights against parties involved in the manufacture, promotion, and/or sale of such infringing products. *See, e.g., Nike, Inc. v. Warren Lotas*, No. 2:20–cv–09431, 2020 WL 7264552, at *1 (C.D. Cal. Nov. 18, 2020) (granting Nike's Motion for a Preliminary Injunction against Warren Lotas); *Nike, Inc. v. La La Land Production & Design, Inc.*, No. 2:21-cv-00443 (C.D. Cal.) (ongoing); *Nike, Inc. v. MSCHF Product Studio, Inc.*, No. 1:21-cv-01679-EK-PK (granting Nike's motion for a Temporary Restraining Order against MSCHF); *Nike, Inc. et al. v. Waskowiak et al.*, No. 3:21-cv-1068 (D. Or.) (ongoing); *Nike, Inc. v. Customs By Ilene, Inc*., No. 5:21-cv-01201-JWH-SP (C.D.Cal.) (ongoing). Nike's enforcement against this type of illegal activity not only protects Nike's trademark rights, but also ensures that consumer expectations will be met when purchasing products bearing Nike trademarks.

We recently learned your company, By Kiy, is unlawfully promoting and selling products through its website [http://bykiy.shop] and social media accounts [instagram.com/kool.kiy]; [instagram.com/air.kiy] that make unauthorized use of the Nike Trademarks. Example images are shown below (the "Infringing Products").

**Arnold & Porter**

By Kiy, LLC
August 6, 2021
Page 3

## The Infringing Products







**Arnold & Porter**

By Kiy, LLC
August 6, 2021
Page 4



# Arnold & Porter

By Kiy, LLC
August 6, 2021
Page 5



**Arnold & Porter**

By Kiy, LLC
August 6, 2021
Page 6



# Arnold & Porter

By Kiy, LLC
August 6, 2021
Page 7



# Arnold & Porter

By Kiy, LLC
August 6, 2021
Page 8



# Arnold & Porter

By Kiy, LLC
August 6, 2021
Page 9



    Your company's unauthorized use of the Nike Trademarks is likely to cause confusion and/or dilution, or to create an erroneous association between your company's product offerings and Nike. By offering the Infringing Products depicted above, your company has and will continue to cause substantial harm to Nike's brand and hard-earned reputation. Moreover, your company's unauthorized use of the Nike Trademarks constitutes counterfeiting, trademark infringement, and unfair competition under state and federal laws.

# Arnold & Porter

By Kiy, LLC
August 6, 2021
Page 10

      Nike requests that your company immediately stop distributing, marketing, promoting, using, offering for sale, and/or selling in the United States, and importing into the United States, any product that infringes the Nike Trademarks, including at least the Infringing Products referenced above. In addition, please provide us with the following information so that we may discuss an amicable resolution of this matter with you:

(1) The number of Infringing Products your company has sold;

(2) An accounting of your company's revenues and profits from its sales of Infringing Products;

(3) The model numbers and identifying indicia for all of the Infringing Products;

(4) The number of all Infringing Products that remain in inventory; and

(5) The identity of the manufacturer(s), importer(s), and your supplier(s)/source(s) for the Infringing Products.

      Please contact us within one week to discuss this matter. Failure to respond to this letter may result in Nike filing a lawsuit in federal court.

      Please note we are writing you today regarding the specific issues described above. As you are likely aware, Nike owns many other valuable intellectual property rights, including patents and trademarks, all around the world. Nike reserves any and all rights and remedies it may have against your company.

Sincerely,

*Bridgette C. Boyd*

Bridgette C. Boyd