# Exhibit 7

# Arnold & Porter

**Bridgette Gershoni**
+1 202.942.6745 Direct
Bridgette.Gershoni@arnoldporter.com

October 5, 2022

**VIA EMAIL (SUPPORT@RELOADEDUNIVERSE.COM)**

Bill Omar Carrasquillo
Reloaded Merch LLC d/b/a Reloaded Universe

  Re: Notice of Violations of Nike's Intellectual Property Rights

Dear Mr. Carrasquillo,

  We represent Nike, Inc. in intellectual property matters. Nike owns many famous and well-known trademarks and trade dress rights in the distinctive designs of its shoes, which are recognized around the world as indicators of high-quality Nike products. Relevant to this letter, Nike owns the trademarks shown below (the "Nike Trademarks").

## The Nike Trademarks



**Arnold & Porter**

October 5, 2022
Page 2

      Nike has continuously promoted and sold a wide range of goods under the Nike Trademarks for many decades. The Nike Trademarks are recognized as source identifiers for the high-quality products originating exclusively from Nike. Nike owns both common law and registered trademark rights in the Nike Trademarks. For example, Nike owns at least the following U.S. trademark registrations for the above-referenced Nike Trademarks: Reg. Nos. 6,368,694 and 3,711,305.

      As a trademark owner, Nike is obligated under the law to guard against unauthorized uses of its marks. Consequently, Nike regularly monitors the marketplace for unauthorized reproductions of its trademarks and takes steps to resolve unauthorized uses. Such unauthorized uses include the manufacture, promotion, and/or offer for sale of footwear bearing Nike's trade dress or colorable imitations thereof. Indeed, Nike is actively enforcing its rights against parties involved in the manufacture, promotion, and/or sale of such infringing products. *See, e.g., Nike, Inc. v. Warren Lotas*, No. 2:20–cv–09431, 2020 WL 7264552, at *1 (C.D. Cal. Nov. 18, 2020) (granting Nike's Motion for a Preliminary Injunction against Warren Lotas); *Nike, Inc. v. La La Land Production and Design, Inc. & John Geiger Collection, LLC*, No. 2:21-cv-00443, D.I. 102 & 127 (C.D. Cal.) (consent judgments entered against La La Land and John Geiger); *Nike, Inc. v. Customs By Ilene, Inc*., No. 5:21-cv-01201-JWH-SP (C.D.Cal.) (ongoing). Nike's enforcement against this type of illegal activity not only protects Nike's trademark rights, but also ensures that consumer expectations will be met when purchasing products bearing the Nike Trademarks.

      We recently learned you and your company, Reloaded Merch LLC d/b/a Reloaded Universe, are unlawfully promoting and selling products through its website [reloadeduniverse.com] and social media accounts [@reloadedmerchandise]; [@omi_in_a_hellcat] that make unauthorized use of the Nike Trademarks. Example images are shown below (the "Infringing Products"). To be clear, the below images are exemplary. The Infringing Products include at least the styles known as Omi Zero 3.0, Omi Zero 2.0, Omi Zero V2, Air Omi, Omi 'Mon, Elm Street, Two Scoops, and any and all colorways and variations of these styles.

# Arnold & Porter

October 5, 2022
Page 3



# Arnold & Porter

October 5, 2022
Page 4

Your unauthorized use of the Nike Trademarks is likely to cause confusion and/or dilution, or to create an erroneous association between your company's product offerings and Nike. By offering the Infringing Products, your company has and will continue to cause substantial harm to Nike's brand and hard-earned reputation. Moreover, your company's unauthorized use of the Nike Trademarks constitutes counterfeiting, trademark infringement, and unfair competition under state and federal laws.

Nike requests that your company immediately stop distributing, marketing, promoting, using, offering for sale, and/or selling in the United States, and importing into the United States, any product that infringes the Nike Trademarks, including at least the Infringing Products referenced above. In addition, please provide us with the following information so that we may discuss an amicable resolution of this matter with you:

(1) The number of Infringing Products your company has sold;

(2) An accounting of your company's revenues and profits from its sales of Infringing Products;

(3) The model numbers and identifying indicia for all of the Infringing Products;

(4) The number of all Infringing Products that remain in inventory; and

(5) The identity of the manufacturer(s), importer(s), and your supplier(s)/source(s) for the Infringing Products.

Please contact us within one week to discuss this matter. Failure to respond to this letter may result in Nike filing a lawsuit in federal court. Please note we are writing you today regarding the specific issues described above. As you are likely aware, Nike owns many other valuable intellectual property rights, including patents and trademarks, all around the world. Nike reserves any and all rights and remedies it may have against your company.

Sincerely,

*Bridgette Gershoni*

Bridgette Gershoni