# EXHIBIT 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-10176

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **By Kiy LLC**

was received by me on *(date)* **December 1, 2022** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Zakari Kurtz**, who is designated by law to accept service of process on behalf of *(name of organization)* **By Kiy LLC** on *(date)* **December 8, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **December 8, 2022**

/s/ *Bridgette C. Gershoni*
*Server's signature*

Bridgette C. Gershoni, Attorney at Arnold & Porter LLP
*Printed name and title*

601 Massachuetts Ave. NW
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-10176

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Weeks
was received by me on *(date)* December 1, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Zakari Kurtz , who is
designated by law to accept service of process on behalf of *(name of organization)* David Weeks
on *(date)* December 8, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 8, 2022

/s/ Bridgette C. Gershoni
*Server's signature*

Bridgette C. Gershoni, Attorney at Arnold & Porter LLC
*Printed name and title*

601 Massachuetts Ave. NW
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-10176

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nickwon Arvinger
was received by me on *(date)* December 1, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Zakari Kurtz , who is designated by law to accept service of process on behalf of *(name of organization)* Nickwon Arvinger
on *(date)* December 8, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 8, 2022

/s/ Bridgette C. Gershoni
*Server's signature*

Bridgette C. Gershoni, Attorney at Arnold & Porter LLC
*Printed name and title*

601 Massachuetts Ave. NW
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc: