UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>BY KIY LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS,<br>RELOADED MERCH LLC,<br>BILL OMAR CARRASQUILLO, and<br>XIAMEN WANDERING PLANET IMPORT<br>AND EXPORT CO., LTD.<br><br>                    Defendants. | Case No. 1:22-cv-10176-VM |

**DECLARATION OF PROOF OF SERVICE**

Michael J. Sebba, an attorney duly admitted to practice before this Court, hereby declares the following under penalty of perjury:

1. I am an attorney at the law firm of Arnold & Porter LLP, counsel for the plaintiff in the above-captioned action.

2. On December 8, 2022, our firm electronically transmitted true and correct copies of the Summons, Complaint, and Civil Cover Sheet in this action to Zakari Kurtz of the law firm of Sneaker Law Firm PLLC, counsel for defendants By Kiy LLC, Nickwon Arvinger, and David Weeks.

3. On December 8, 2022 Mr. Kurtz confirmed to our firm that he would accept service on behalf of defendants By Kiy LLC, Nickwon Arvinger, and David Weeks.

1

2

4.      Executed Proof of Service forms for defendants By Kiy LLC, Nickwon Arvinger, and David Weeks are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 8, 2022

                                                                                                */s/ Michael J. Sebba*
                                                                                                   Michael J. Sebba