# EXHIBIT 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-10176

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   By Kiy LLC

was received by me on *(date)*   December 1, 2022   .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Zakari Kurtz   , who is

designated by law to accept service of process on behalf of *(name of organization)*   By Kiy LLC

on *(date)*   December 8, 2022   ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   December 8, 2022

/s/ *Bridgette C. Gershoni*
*Server's signature*

Bridgette C. Gershoni, Attorney at Arnold & Porter LLC
*Printed name and title*

601 Massachuetts Ave. NW
Washington D.C. 20001

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-10176

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    David Weeks

was received by me on *(date)*    December 1, 2022    .

❏  I personally served the summons on the individual at *(place)*
_____  on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*    Zakari Kurtz    , who is

designated by law to accept service of process on behalf of *(name of organization)*    David Weeks

_____  on *(date)*   December 8, 2022   ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   December 8, 2022                        */s/ Bridgette C. Gershoni*
                                                                    *Server's signature*

                                            Bridgette C. Gershoni, Attorney at Arnold & Porter LLC
                                                                    *Printed name and title*

                                            601 Massachuetts Ave. NW
                                            Washington D.C. 20001

                                                                    *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-10176

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Nickwon Arvinger

was received by me on *(date)*   December 1, 2022   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Zakari Kurtz   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Nickwon Arvinger

_____ on *(date)*   December 8, 2022   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:   December 8, 2022                     */s/ Bridgette C. Gershoni*
                                             *Server's signature*

                                             Bridgette C. Gershoni, Attorney at Arnold & Porter LLC
                                             *Printed name and title*

                                             601 Massachuetts Ave. NW
                                             Washington D.C. 20001
                                             *Server's address*

Additional information regarding attempted service, etc: