**Jay R. McDaniel, Esq.**
NY Attorney No. 2488583
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone:(973)403-1100  Fax:(973)403-0010
**Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NIKE, INC.,**<br><br>            **Plaintiff,**<br><br>     vs.<br><br>**BY KIY, LLC; NICKWON ARVINGER; DAVID WEEKS; RELOADED MERCH, LLC; BILL OMAR CARRASQUILLO and XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD.,**<br><br>            **Defendants.** | **Case No. 1:22-cv-10176**<br><br>*Filed Electronically*<br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Jay R. McDaniel, Esq., of the law firm of Weiner Law Group LLP, hereby enters an appearance on behalf of the Defendants, By Kiy, LLC and Nickwon Arvinger.

                                       **WEINER LAW GROUP LLP**
                                       *Attorneys for Defendants, By Kiy, LLC and*
                                       *Nickwon Arvinger*

                                       By: */s/ Jay R. McDaniel*
                                           JAY R. McDANIEL
                                           Member of the Firm

Dated:  December 15, 2022

2511537_1.DOC