C. Ty Nguyen, Esq.
NY Attorney No. 4661583
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone:(973)403-1100  Fax:(973)403-0010
Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>         **Plaintiff,**<br><br>    vs.<br><br>BY KIY, LLC; NICKWON ARVINGER; DAVID WEEKS; RELOADED MERCH, LLC; BILL OMAR CARRASQUILLO and XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD.,<br><br>         **Defendants.** | Case No. 1:22-cv-10176<br><br>*Filed Electronically*<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Jay R. McDaniel, Esq., of the law firm of Weiner Law Group LLP, hereby enters an appearance on behalf of the Defendants, By Kiy, LLC and Nickwon Arvinger.

                              **WEINER LAW GROUP LLP**
                              *Attorneys for Defendants, By Kiy, LLC and*
                              *Nickwon Arvinger*


                              By: */s/ C. Ty Nguyen*
                                  C. TY NGUYEN
                                  For the Firm

Dated:  December 15, 2022

2511545_1.DOC