**Zakari A. Kurtz, Esq.**
**NY Attorney No. 5242946**
**Sneaker Law Firm PLLC,**
**dba Sneaker & Streetwear Legal Services**
**928 Washington St.**
**Baldwin, NY 11510**
**Phone (540)-230-2965**
**Attorney for Defendants, By Kiy, LLC, Nickwon Arvinger and David Weeks**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NIKE, INC., ) | Case No. 1:22-cv-10176 |
| Plaintiff, ) | |
| vs. ) | |
| BY KIY, LLC; NICKWON ARVINGER; ) DAVID WEEKS; RELOADED MERCH, ) LLC; BILL OMAR CARRASQUILLO. ) AND XIAMEN WANDERING PLANET ) IMPORT AND EXPORT CO., LTD., ) | *filed electronically*<br><br>NOTICE OF APPEARANCE |
| Defendants ) | |

**PLEASE TAKE NOTICE** that Zakari A. Kurtz, Esq., of the law firm of Sneaker Law Firm, PLLC, hereby enters an appearance on behalf of By Kiy, LLC, Nickwon Arvinger and David Weeks.

                                              **ZAKARI A. KURTZ**
                                              *Attorney for Defendants, By Kiy, LLC, Nickwon Arvinger and David Weeks*



By:_____
                ZAKARI A. KURTZ

Dated: December 16, 2022