USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BY KIY LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS,<br>RELOADED MERCH LLC,<br>BILL OMAR CARRASQUILLO, and<br>XIAMEN WANDERING PLANET IMPORT AND<br>EXPORT CO., LTD.<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-10176-VM<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE OF**<br>**AARON P. BOWLING** |

　　　The motion of Aaron P. Bowling for admission to practice *pro hac vice* in the above-captioned action is granted.

　　　Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

> Aaron P. Bowing
> ARNOLD & PORTER KAYE SCHOLER LLP
> 70 West Madison Street, Suite 4200
> Chicago, IL 60602-4231
> Telephone: (312) 583-2300
> Facsimile: (312) 583-2360
> aaron.bowling@arnoldporter.com

　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff, Nike, Inc., in the above-entitled action;

　　　//

　　　//

　　　//

　　　//

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: December 19, 2022

Victor Marrero
U.S.D.J.