UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY, LLC, <br> NICKWON ARVINGER, <br> DAVID WEEKS, <br> RELOADED MERCH, LLC, <br> BILL OMAR CARRASQUILLO, and <br> XIAMEN WANDERING PLANET <br> IMPORT AND EXPORT CO., LTD., <br><br> Defendants. | CASE NO.   1:22-cv-10176-VM <br><br> **MOTION FOR ADMISSION <br> PRO HAC VICE OF <br> JOHN DURRANT** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael J. Harris hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants By Kiy, LLC, Nickwon Arvinger, and David Weeks in the above-captioned action.

I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.

I have never been censured, suspended, disbarred, or denied admission or readmission

by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: December 21, 2022                    Respectfully submitted,

 

                                                       */s/  John Durrant*
John Durrant
THE DURRANT LAW FIRM, APC
2337 Roscomare Rd. Suite 2-180
Los Angeles, CA 90077
Telephone:  (310) 895-6318
john@durrantlawfirm.com

*Attorneys for Defendants, By Kiy, LLC,
Nickwon Arvinger and David Weeks*