UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>BY KIY, LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS,<br>RELOADED MERCH, LLC,<br>BILL OMAR CARRASQUILLO, and<br>XIAMEN WANDERING PLANET<br>IMPORT AND EXPORT CO., LTD.,<br><br>          Defendants. | CASE NO.   1:22-cv-10176-VM<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF JOHN DURRANT** |

I, John Durrant, being duly sworn, hereby depose and say as follows:

1. I am an attorney and the Founder and Chief Executive Officer of THE DURRANT LAW FIRM, APC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California, California State Bar No. 217345.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

1

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-10176-VM for Defendants By Kiy, LLC, Nickwon Arvinger and David Weeks.

DATED: December 21, 2022

_____
John Durrant
THE DURRANT LAW FIRM, APC
2337 Roscomare Rd. Suite 2-180
Los Angeles, CA 90077
Telephone: (310) 895-6318
john@durrantlawfirm.com

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Signed and sworn to before me on December 21, 2022.

_Dona L. Bergstrom_
Notary Public

> DONA L. BERGSTROM
> Notary Public - California
> Los Angeles County
> Commission # 2281963
> My Comm. Expires Apr 17, 2023



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 2, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN STEPHEN DURRANT, #217345 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2001 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records