UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY, LLC, <br> NICKWON ARVINGER, <br> DAVID WEEKS, <br> RELOADED MERCH, LLC, <br> BILL OMAR CARRASQUILLO, and <br> XIAMEN WANDERING PLANET <br> IMPORT AND EXPORT CO., LTD., <br><br> Defendants. | CASE NO.   1:22-cv-10176-VM <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE OF** <br> **JOHN DURRANT** |

The motion of John Durrant for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> John Durrant
> THE DURRANT LAW FIRM, APC
> 2337 Roscomare Rd. Suite 2-180
> Los Angeles, CA 90077
> Telephone:  (310) 895-6318

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants By Kiy, LLC, Nickwon Arvinger and David Weeks in the above-entitled action;

//

//

//

//

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

DATED: _____                              _____

                                                                                                                UNITED STATES DISTRICT / MAGISTRATE JUDGE