


### 2022-12-09 DRAFT Affidavit in Support of Motion for Admission Pro Hac Vice - MGERSHONI.pdf

| | |
|---|---|
| DocVerify ID: | EAE0C3B7-EB7D-41B5-832A-22141E38AA71 |
| Created: | December 20, 2022 11:33:09 -8:00 |
| Pages: | 2 |
| Remote Notary: | Yes / State: MD |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Michael Gershoni (MG)**
December 20, 2022 12:05:32 -8:00 [C79999EE9394] [192.203.255.20]
Michael.Gershoni@arnoldporter.com (Principal) (Personally Known)

**E-Signature Notary: Hazel A. Lavarn-Walker (HLW)**
December 20, 2022 12:05:32 -8:00 [1D3C89C94E38] [192.203.254.20]
hlavarnwalker@gmail.com
I, Hazel A. Lavarn-Walker, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY LLC, <br> NICKWON ARVINGER, <br> DAVID WEEKS, <br> RELOADED MERCH LLC, <br> BILL OMAR CARRASQUILLO, and <br> XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | Case No. 1:22-cv-10176-VM <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. GERSHONI** |

I, Michael J. Gershoni, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of California and the District of Columbia; Attorney Registration Nos. 311192 (California) and 187306 (District of Columbia).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-10176-VM for Plaintiff, Nike, Inc.

Dated: December 20, 2022

*Michael Gershoni*
Signed on 2022/12/20 12:05:32 -8:00
Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-6767
michael.gershoni@arnoldporter.com

- 2 -

STATE OF MARYLAND
COUNTY OF PRINCE GEORGE'S

Signed and sworn to before me on December 20, 2022.


_____
Notary Public

```
HAZEL A LAVARN-WALKER
NOTARY PUBLIC
PRINCE GEORGES COUNTY
MARYLAND
My Commission Expires Mar 23, 2023

Notary Stamp 2022/12/20 13:05:32 PST            1D3C89C94E38
```

Notarial act performed by audio-visual communication



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

December 16, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JOSHUA GERSHONI, #311192 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Michael Gershoni

*was duly qualified and admitted on April 9, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 16, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**