UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>BY KIY, LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS,<br>RELOADED MERCH, LLC,<br>BILL OMAR CARRASQUILLO, and<br>XIAMEN WANDERING PLANET<br>IMPORT AND EXPORT CO., LTD.,<br><br>      Defendants. | CASE NO.   1:22-cv-10176-VM<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>JOHN DURRANT** |

I, John Durrant, being duly sworn, hereby depose and say as follows:

1. I am an attorney and the Founder and Chief Executive Officer of The Durrant Law Firm, APC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California, California State Bar No. 217345.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

1

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-10176-VM for Defendants By Kiy, LLC, Nickwon Arvinger and David Weeks.

DATED: December 21, 2022

*/s/ John Durrant*
John Durrant
THE DURRANT LAW FIRM, APC
2337 Roscomare Rd. Suite 2-180
Los Angeles, CA 90077
Telephone: (310) 895-6318
john@durrantlawfirm.com

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Signed and sworn to before me on December 21, 2022.

_____
Notary Public

DONA L. BERGSTROM
Notary Public - California
Los Angeles County
Commission # 2281963
My Comm. Expires Apr 17, 2023



## Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JOHN STEPHEN DURRANT

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, JOHN STEPHEN DURRANT #217345 was on the 4th day of December, 2001 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 29th day of December 2022.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
LaNae Brooks, Senior Deputy Clerk