**Jay R. McDaniel, Esq.**
NY Attorney No. 2488583
**C. Ty Nguyen, Esq.**
NY Attorney No. 4661583
**WEINER LAW GROUP LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone:(973)403-1100  Fax:(973)403-0010
Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BY KIY, LLC; NICKWON ARVINGER; DAVID WEEKS; RELOADED MERCH, LLC; BILL OMAR CARRASQUILLO and XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD.,<br><br>Defendants. | Case No. 1:22-cv-10176<br><br>*Filed Electronically*<br><br>MOTION TO WITHDRAW AS COUNSEL TO BY KIY, LLC AND NICKWON ARVINGER |

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York, Jay R. McDaniel, Esq. and C. Ty Nguyen, Esq. of the law firm of Weiner Law Group LLP, hereby moves this Court for an Order to Withdraw as Counsel for Defendants By Kiy, LLC and Nickwon Arvinger in the above-captioned action.

There was a misunderstanding and Defendants By Kiy, LLC and Nickwon Arvinger are represented by Zakari Adam Kurtz, Esq. of the Sneaker Law Firm, PLLC and John Stephan Durrant,

2578268_1

Esq. of the Durrant Law Firm, APC in this matter. Both Mr. Kurtz and Mr. Durrant have entered their appearance.

Jay R. McDaniel has attached an affidavit pursuant to Local Rule 1.4.

C. Ty Nguyen has attached an affidavit pursuant to Local Rule 1.4.

Respectfully submitted,

**WEINER LAW GROUP LLP**
*Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger*

By: /s/ *Jay R. McDaniel*
    Jay R. McDaniel
    Member of the Firm

Dated: January 5, 2023

**WEINER LAW GROUP LLP**
*Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger*

By: /s/ *C. Ty Nguyen*
    C. TY NGUYEN
    For the Firm

Dated: January 5, 2023

2578268_1