<u>Jay R. McDaniel, Esq.</u>
NY Attorney No. 2488583
<u>C. Ty Nguyen, Esq.</u>
NY Attorney No. 4661583
**WEINER LAW GROUP LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone:(973)403-1100  Fax:(973)403-0010
Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>**Plaintiff,**<br><br>vs.<br><br>BY KIY, LLC; NICKWON ARVINGER; DAVID WEEKS; RELOADED MERCH, LLC; BILL OMAR CARRASQUILLO and XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD.,<br><br>**Defendants.** | Case No. 1:22-cv-10176<br><br>*Filed Electronically*<br><br>AFFIDAVIT OF JAY R. MCDANIEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER |

I, Jay R. McDaniel, Esq. being duly sworn, hereby depose and say as follows:

1. I am a member of the Weiner Law Group, LLP.

2. I submit this affidavit in support of my motion to withdraw as counsel for Defendants BY KIY, LLC and NICKWON ARVINGER in the above captioned matter.

3. There was a misunderstanding and Defendants By Kiy, LLC and Nickwon Arvinger are represented by Zakari Adam Kurtz, Esq. of the Sneaker Law Firm, PLLC and John Stephan Durrant,

2578442_1

Esq. of the Durrant Law Firm, APC in this matter. Both Mr. Kurtz and Mr. Durrant have entered their appearance.

    4. Wherefore, your affiant respectfully submits that he be permitted to withdraw as counsel in case 1:22-cv-10176 for Defendants BY KIY, LLC and NICKWON ARVINGER.

                            **WEINER LAW GROUP LLP**
                            *Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger*

                            By: */s/ Jay R. McDaniel*
                                Jay R. McDaniel
                                Member of the Firm

Dated: January 5, 2023

2578442_1