**Jay R. McDaniel, Esq.**
NY Attorney No. 2488583
**C. Ty Nguyen, Esq.**
NY Attorney No. 4661583
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone:(973)403-1100  Fax:(973)403-0010
Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BY KIY, LLC; NICKWON ARVINGER; DAVID WEEKS; RELOADED MERCH, LLC; BILL OMAR CARRASQUILLO and XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD., <br><br> Defendants. | Case No. 1:22-cv-10176 <br><br> *Filed Electronically* <br><br> ORDER <br><br> MOTION FOR JAY R. MCDANIEL ESQ AND C. TY NGUYEN ESQ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER |

The motion of Jay R. McDaniel Esq and C. Ty Nguyen Esq to withdraw as counsel for Defendants By KIY, LLC and NICKWON ARVINGER in the above-captioned matter is granted.

**IT IS HEREBY ORDERED** that JAY R. MCDANIEL ESQ AND C. TY NGUYEN ESQ OF WEINER LAW GROUP, LLP  are withdrawn as counsel for  Defendants By KIY, LLC and

2578536_1

NICKWON ARVINGER in the above-captioned case in the United States District Court for the Southern District of New York.

DATED: _____

_____
UNITED STATES DISTRICT / MAGISTRATE JUDGE

2578536_1