USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023

**Jay R. McDaniel, Esq.**
NY Attorney No. 2488583
**C. Ty Nguyen, Esq.**
NY Attorney No. 4661583
**WEINER LAW GROUP LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone:(973)403-1100  Fax:(973)403-0010
Attorneys for Defendants, By Kiy, LLC and Nickwon Arvinger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>BY KIY, LLC; NICKWON ARVINGER; DAVID WEEKS; RELOADED MERCH, LLC; BILL OMAR CARRASQUILLO and XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD.,<br><br>       Defendants. | Case No. 1:22-cv-10176<br><br>*Filed Electronically*<br><br>ORDER<br><br>MOTION FOR JAY R. MCDANIEL ESQ AND C. TY NGUYEN ESQ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER |

The motion of Jay R. McDaniel Esq and C. Ty Nguyen Esq to withdraw as counsel for Defendants By KIY, LLC and NICKWON ARVINGER in the above-captioned matter is granted.

**IT IS HEREBY ORDERED** that JAY R. MCDANIEL ESQ AND C. TY NGUYEN ESQ OF WEINER LAW GROUP, LLP  are withdrawn as counsel for  Defendants By KIY, LLC and

2578536_1

NICKWON ARVINGER in the above-captioned case in the United States District Court for the Southern District of New York.

DATED: January 6, 2023

_____
Victor Marrero
U.S.D.J.

2578536_1