UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>BY KIY LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS,<br>RELOADED MERCH LLC,<br>BILL OMAR CARRASQUILLO, and<br>XIAMEN WANDERING PLANET IMPORT AND EXPORT CO., LTD.<br><br>                 Defendants. | Case No. 1:22-cv-10176-VM<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF BRIDGETTE C. GERSHONI** |

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Bridgette C. Gershoni hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

      I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 9, 2023                                       Respectfully submitted,

                                                                                 */s/ Bridgette C. Gershoni*
                                                                                 Bridgette C. Gershoni
                                                                                  ARNOLD & PORTER KAYE SCHOLER LLP
                                                                                  601 Massachusetts Ave., NW
                                                                                  Washington, DC 20001-3743
                                                                                  Telephone: (202) 942-6745
                                                                                  bridgette.gershoni@arnoldporter.com
                                                                                  *Attorney for Nike, Inc.*