


# Affidavit in Support of Motion for Admission Pro Hac Vice - RENK.pdf

| | |
|---|---|
| DocVerify ID: | A9620B8E-6FFC-4574-8C2A-4D909188AEF1 |
| Created: | January 06, 2023 06:07:41 -8:00 |
| Pages: | 2 |
| Remote Notary: | Yes / State: MD |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

## E-Signature Summary

**E-Signature 1: Christopher J. Renk (CJR)**
January 06, 2023 07:05:26 -8:00 [DE0DFE18DB1B] [192.203.254.20]
Chris.Renk@arnoldporter.com (Principal) (Personally Known)

**E-Signature Notary: Hazel A. Lavarn-Walker (HLW)**
January 06, 2023 07:05:26 -8:00 [C2B953B1661C] [192.203.254.20]
hlavarnwalker@gmail.com
I, Hazel A. Lavarn-Walker, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>BY KIY LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS,<br>RELOADED MERCH LLC,<br>BILL OMAR CARRASQUILLO, and<br>XIAMEN WANDERING PLANET IMPORT AND<br>EXPORT CO., LTD.<br><br>                              Defendants. | Case No. 1:22-cv-10176-VM<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER J. RENK** |

I, Christopher J. Renk, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the States of Illinois, Minnesota, and the District of Columbia; Attorney Registration Nos. 6199012 (Illinois); 0206842 (Minnesota); 428239 (District of Columbia).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-10176-VM for Plaintiff, Nike, Inc.

Dated:  January 6, 2023

*Christopher J. Renk*
Signed on 2023/01/06 07:05:26 -8:00

Christopher J. Renk
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
chris.renk@arnoldporter.com



- 2 -

STATE OF MARYLAND
COUNTY OF PRINCE GEORGE'S

Signed and sworn to before me on January 6, 2023.



_____
Notary Public

```
HAZEL A LAVARN-WALKER
NOTARY PUBLIC
PRINCE GEORGES COUNTY
MARYLAND
My Commission Expires Mar 23, 2023

Notary Stamp 2023/01/06 08:05:26 PST         C2B953B1661C
```

Notarial act performed by audio-visual communication

- 2 -



# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Christopher James Renk

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/1988 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 10th day of January, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHRISTOPHER JAMES RENK

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 27, 1990

Given under my hand and seal of this court on

January 10, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Christopher Renk

was duly qualified and admitted on April 17, 1991 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 10, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.