# THE DURRANT LAW FIRM

**Strategic Advocacy. Clear Thinking.**

February 5, 2023

*Via ECF*

The Honorable Victor Marrero
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **Nike, Inc. v. By Kiy LLC, et al., Case No. 1:22-cv-10176-VM – Agreed Request to Extend Time to Respond to Complaint Due to Illness**

Dear Judge Marrero:

We represent defendants By Kiy LLC, Nickwon Arvinger, and David Weeks (collectively, "Moving Defendants"). This Court's December 23, 2022 Order made the Moving Defendants' answer or other response to the Complaint of plaintiff Nike, Inc. ("Nike") due **February 6, 2023**.

Lead Litigation Counsel for Moving Defendants, John Durrant, has just tested positive for COVID-19 (i.e., on the evening of Saturday February 4, 2023) and is currently unwell. The illness has and will interfere with the finalization of Moving Defendants' response papers. Nike has agreed to a one-week extension of time to respond to the Complaint until **February 13, 2023**.

Moving Defendants therefore respectfully request that the Court extend the time for

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com

Moving Defendants to answer, move to dismiss, or otherwise respond to Nike's Complaint until **February 13, 2023**.

Respectfully submitted,

/s/ *John Durrant*

John Durrant, Esq. (*admitted pro hac vice*)
Founder and Chief Executive officer of
THE DURRANT LAW FIRM, APC


/s/ *Zakari A. Kurtz*

Zakari A. Kurtz, Esq. (Counsel of Record)
Principal Attorney
SNEAKER & STREETWEAR LEGAL SERVICES

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com