**THE DURRANT LAW FIRM**

Strategic Advocacy. Clear Thinking.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023

February 5, 2023

*Via ECF*

The Honorable Victor Marrero
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Nike, Inc. v. By Kiy LLC, et al.*, Case No. 1:22-cv-10176-VM – **Agreed Request to Extend Time to Respond to Complaint Due to Illness**

Dear Judge Marrero:

We represent defendants By Kiy LLC, Nickwon Arvinger, and David Weeks (collectively, "Moving Defendants"). This Court's December 23, 2022 Order made the Moving Defendants' answer or other response to the Complaint of plaintiff Nike, Inc. ("Nike") due **February 6, 2023**.

Lead Litigation Counsel for Moving Defendants, John Durrant, has just tested positive for COVID-19 (i.e., on the evening of Saturday February 4, 2023) and is currently unwell. The illness has and will interfere with the finalization of Moving Defendants' response papers. Nike has agreed to a one-week extension of time to respond to the Complaint until **February 13, 2023**.

Moving Defendants therefore respectfully request that the Court extend the time for

---

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com

Hon. Victor Marrero
February 5, 2023
Page 2

Moving Defendants to answer, move to dismiss, or otherwise respond to Nike's Complaint until **February 13, 2023**.

Respectfully submitted,

/s/ *John Durrant*
_____

John Durrant, Esq. (*admitted pro hac vice*)
Founder and Chief Executive officer of
THE DURRANT LAW FIRM, APC


/s/ *Zakari A. Kurtz*
_____

Zakari A. Kurtz, Esq. (Counsel of Record)
Principal Attorney
SNEAKER & STREETWEAR LEGAL SERVICES



Request **GRANTED.** The deadline for Defendants to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint is hereby extended to February 13, 2023.

**SO ORDERED.**

2/6/2023
DATE

VICTOR MARRERO, U.S.D.J.

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile**: 310-895-6318
**Email**: john@durrantlawfirm.com