# EXHIBIT B

The Durrant Law Firm, APC



# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,711,305**  NIKE, INC. (OREGON CORPORATION)
Registered Nov. 17, 2009  ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

**Int. Cl.: 25**  FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

**TRADEMARK**
**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NOS. 3,451,905, 3,451,906, AND 3,451,907.

THE MARK CONSISTS OF THE DESIGN OF THE STITCHING ON THE EXTERIOR OF THE SHOE, THE DESIGN OF THE MATERIAL PANELS THAT FORM THE EXTERIOR BODY OF THE SHOE, THE DESIGN OF THE WAVY PANEL ON TOP OF THE SHOE THAT ENCOMPASSES THE EYELETS FOR THE SHOE LACES, THE DESIGN OF THE VERTICAL RIDGE PATTERN ON THE SIDES OF THE SOLE OF THE SHOE, AND THE RELATIVE POSITION OF THESE ELEMENTS TO EACH OTHER. THE BROKEN LINES SHOW THE POSITION OF THE MARK AND ARE NOT CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-621,641, FILED 11-25-2008.

FRANK LATTUCA, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office