# EXHIBIT C

T<small>HE</small> D<small>URRANT</small> L<small>AW</small> F<small>IRM</small>, APC



# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,721,064**
Registered Dec. 8, 2009

**Int. Cl.: 25**

**TRADEMARK
PRINCIPAL REGISTER**

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

THE MARK CONSISTS OF THE DESIGN OF THE TREAD ON THE SOLE A SHOE. THE BROKEN LINES SHOW THE POSITION OF THE MARK ON THE GOODS AND ARE NOT CLAIMED AS A PART OF THE MARK. COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-621,665, FILED 11-25-2008.

RICHARD WHITE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office