# EXHIBIT I

THE DURRANT LAW FIRM, APC









