AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| NIKE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-10176-VM |
| BY KIY LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bill Omar Carrasquillo.

Date: 02/21/2023

/s/Robert R. Axenfeld
*Attorney's signature*

Robert R. Axenfeld (pro hac vice)
*Printed name and bar number*

Axenfeld Law Group, LLC
2001 Market St., Suite 2500
Philadelphia, PA 19103
*Address*

robert@axenfeldlaw.com
*E-mail address*

(215) 422-3000
*Telephone number*

(215) 422-3642
*FAX number*