UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BY KIY LLC,<br>NICKWON ARVINGER, and<br>DAVID WEEKS,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-02431-VM<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>LINDSEY STAUBACH** |

　　Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Lindsey Staubach hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

　　I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 24, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Lindsey Staubach*
　　　　　　　　　　　　　　　　　　　　　Lindsey Staubach
　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave., NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-3743
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 942-5029
　　　　　　　　　　　　　　　　　　　　　lindsey.staubach@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Nike, Inc.*