UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>BY KIY LLC,<br>NICKWON ARVINGER, and<br>DAVID WEEKS,<br>     Defendants. | Case No. 1:23-cv-02431-VM<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF LINDSEY STAUBACH** |

I, Lindsey Staubach, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia, Attorney Registration No. 1738244.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-02431-VM for Plaintiff, Nike, Inc.

Dated: March 23, 2023

                _/s/ Lindsey Staubach_
                Lindsey Staubach
                ARNOLD & PORTER KAYE SCHOLER LLP
                601 Massachusetts Ave., NW
                Washington, DC 20001-3743
                Telephone: (202) 942-5029
                lindsey.staubach@arnoldporter.com

DISTRICT OF COLUMBIA

Signed and sworn to before me on March 23, 2023.

_____
Notary Public

JEAN A. JANTZ
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2027

[Notary Seal: JEAN A. JANTZ, NOTARY PUBLIC, EXP. 6-14-27, DISTRICT OF COLUMBIA]



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Lindsey Claire Staubach*

was duly qualified and admitted on February 2, 2021 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 16, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.