UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BY KIY LLC,<br>NICKWON ARVINGER,<br>DAVID WEEKS<br><br>    Defendants. | Case No. 1:23-cv-2431-VM<br><br>**SCHEDULING ORDER AND CASE MANAGEMENT PLAN** |

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1. This case **is** to be tried by a jury.

2. Joinder of additional parties to be accomplished by[1]:

    a. <u>Plaintiff's Proposal:</u> May 8, 2023

    b. <u>Defendants' Proposal:</u>  May 8, 2023.

3. Amended pleadings may be filed without leave of the Court until:

    a. <u>Plaintiff's Proposal:</u> May 8, 2023

    b. <u>Defendants' Proposal:</u>  N/A.  All amendments should be with leave of the Court and/or by agreement.

4. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by no later than <u>March 31, 2023</u>.

5. All fact discovery is to be completed:

---

[1] The parties disagree on proposed deadlines for the items set forth in the Court's model Case Management Plan.  For ease of reference, the parties' proposed deadlines are also included in Attachment A.

      a.      <u>Plaintiff's Proposal</u>:  Within one hundred twenty (120) days of the date of this Order, specifically by not later than: July 25, 2023

      b.      <u>Defendants' Proposal</u>:  Within two-hundred and fifty (250) days of the date of this Order, specifically by not later than December 4, 2023.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

      a.      Initial requests for production of documents to be served by:

           i.      <u>Plaintiff's Proposal</u>: April 28, 2023

           ii.     <u>Defendants' Proposal</u>:  May 30, 2023

      b.      Interrogatories to be served by all parties by:

           i.      <u>Plaintiff's Proposal</u>: April 28, 2023

           ii.     <u>Defendants' Proposal</u>:  November 1, 2023

      c.      Depositions to be completed by:

           i.      <u>Plaintiff's Proposal</u>: July 25, 2023

           ii.     <u>Defendants' Proposal</u>:  December 4, 2023.

- Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

- Depositions of all parties shall proceed during the same time.

- Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

      d.      Any additional contemplated discovery activities and the anticipated completion date: None.

      e.      Requests to admit to be served no later than:

           i.      <u>Plaintiff's Proposal</u>: June 6, 2023

    ii. <u>Defendants' Proposal:</u> November 1, 2023

 f. Pursuant to Section IV(2) of Your Honor's Individual Practices, the parties disagree on the number and duration of depositions. The parties' positions are as follows:

  i. <u>Plaintiff's Proposal</u>: No more than five fact depositions per side, no deposition exceeding six (6) hours on the record.

  ii. <u>Defendants' Proposal:</u> No more than ten (10) fact depositions. Any depositions should be limited to three (3) hours in length.

 g. The parties agree that no side will serve more than seven single-spaced pages of requests for admissions, and no side will serve more than seven single-spaced pages of interrogatories.

7. All expert discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

  i. <u>Plaintiff's Proposal</u>: October 6, 2023

  ii. <u>Defendants' Proposal:</u> April 15, 2024

 b. Opening expert reports on issues for which a party bears the burden of proof are due on:

  i. <u>Plaintiff's Proposal</u>: August 15, 2023

  ii. <u>Defendants' Proposal:</u> January 12, 2024

 c. Reply expert reports are due on:

  i. <u>Plaintiff's Proposal</u>: September 5, 2023

  ii. <u>Defendants' Proposal:</u> February 12, 2024

 d. Rebuttal expert reports are due on:

  i. <u>Plaintiff's Proposal</u>: September 19, 2023

  ii. <u>Defendants' Proposal:</u> March 15, 2024

 e. Expert depositions must be completed by:

  i. <u>Plaintiff's Proposal</u>: October 6, 2023

ii. Defendants' Proposal: April 15, 2024

8. Contemplated motions:

a. The parties contemplate filing: (i) a joint motion for entry of a protective order governing the use and disclosure of confidential information in this case; and (ii) motions for summary judgment or partial summary judgment.

9. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than:

i. Plaintiff's Proposal: October 24, 2023

ii. Defendants' Proposal: April 29, 2024

10. The parties **do not** consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c).

---

**TO BE COMPLETED BY THE COURT:**

11. **The next Case Management Conference is scheduled for ___________________.**

**In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the competition of all discovery or the Court's ruling on any dispositive motion.**

**The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.**

**SO ORDERED.**

____________________
**VICTOR MARRERO**
**U.S.D.J.**

**Dated: _____________________**
**New York, New York**

# Attachment A

**Nike v. By Kiy LLC et al.**
**Proposed Case Schedule**

| Event | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Rule 26(a)(1) Initial Disclosures | March 31, 2023 ||
| Initial requests of production of documents to be served by | April 28, 2023 | May 30, 2023 |
| Initial Interrogatories to be served by all parties by | April 28, 2023 | November 1, 2023 |
| Amended pleadings may be filed without leave of Court until | May 8, 2023 | N/A. All amendments should be with leave of the Court and/or by agreement. |
| Joinder of additional parties to be accomplished by | May 8, 2023 ||
| Requests to admit to be served no later than | June 6, 2023 | November 1, 2023 |
| All fact discovery is to be completed within | One hundred twenty (120) days of the date of this Order, specifically by no later than July 25, 2023 | Two-hundred and fifty (250) days of the date of this Order, specifically by not later than December 4, 2023 |
| Fact and corporate depositions to be completed by | July 25, 2023 | December 4, 2023 |
| Opening expert reports on issues for which a party bears the burden of proof | August 15, 2023 | January 12, 2024 |
| Reply expert reports | September 5, 2023 | February 12, 2024 |
| Rebuttal expert reports | September 19, 2023 | March 15, 2024 |
| Completion of expert depositions | October 6, 2023 | April 15, 2024 |
| End of expert discovery | October 6, 2023 | April 15, 2024 |
| Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than | October 24, 2023 | April 29, 2024 |