```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

              Plaintiff,

v.

BY KIY LLC,
NICKWON ARVINGER, and
DAVID WEEKS,

              Defendants.

Case No. 1:23-cv-02431-VM

**ORDER FOR ADMISSION PRO HAC VICE OF LINDSEY STAUBACH**

The motion of Lindsey Staubach for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

> Lindsey Staubach
> ARNOLD & PORTER KAYE SCHOLER LLP
> 601 Massachusetts Ave., NW
> Washington, DC 20001-3743
> Telephone: (202) 942-5029
> lindsey.staubach@arnoldporter.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff, Nike, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: 3/28/2023

                                                                       Victor Marrero
                                                                         U.S.D.J.