AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| NIKE, INC. *Plaintiff* | ) ) | |
| v. | ) | Case No. 1:23-cv-02431-VM |
| BY KIY LLC, et al. *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NIKE, INC.

Date: 03/29/2023

/s/ Kathleen P. Duffy
*Attorney's signature*

Kathleen P. Duffy (1040190)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
*Address*

Kathleen.Duffy@arnoldporter.com
*E-mail address*

(202) 942-5713
*Telephone number*

(202) 942-6200
*FAX number*