```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIKE, INC.,

                Plaintiff,

     - against -

BY KIY LLC, et al.,

                Defendants.

**23 Civ. 2431 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 27, 2023, plaintiff and counter-defendant Nike, Inc. ("Nike") and defendants and counter-plaintiffs By Kiy LLC, Nickwon Arvinger, and David Weeks (collectively, "By Kiy") filed a joint letter and a completed Case Management Plan, with two proposed discovery schedules. (See Dkt. No. 69.) The Court hereby grants the Case Management Plan proposed by Nike, with fact discovery to be completed by July 25, 2023. The case management conference shall be scheduled for August 4, 2023 at 10:00 a.m. Nike and By Kiy are hereby directed to submit a revised Case Management Plan so providing within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    3 April 2023
             New York, New York

                                                Victor Marrero
                                                  U.S.D.J.