**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>BY KIY, LLC,  NICKWON ARVINGER,<br>and<br>DAVID WEEKS,<br><br>      Defendants. | Case No. 1:23-cv-02431-VM |

## <u>NIKE, INC.'S NOTICE OF DEPOSITION OF DAVID WEEKS</u>

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and applicable local rules, Nike, Inc. ("Nike"), by and through its undersigned counsel, will take the deposition by oral testimony of David Weeks at 9 a.m. ET on July 12, or such other date and time upon which the parties mutually agree, at the offices of Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019, and continuing until completed or otherwise adjourned.  The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by stenographic, audio, and video means, and may be recorded through the instant visual display of testimony (*i.e.*, real-time transcription).  The deposition will be taken for the purposes of discovery, use at trial in this action, and any other purposes permitted under the Federal Rules of Civil Procedure.

Dated:  June 23, 2023                    ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Bridgette Gershoni*
    Christopher J. Renk (admitted *pro hac vice*)
    Michael J. Harris (admitted *pro hac vice*)
    Aaron P. Bowling (admitted *pro hac vice*)
    ARNOLD & PORTER KAYE SCHOLER LLP
    70 W. Madison Street, Suite 4200
    Chicago, IL 60602
    Telephone:  (312) 583-2300
    Email:  chris.renk@arnoldporter.com
        michael.harris@arnoldporter.com
        aaron.bowling@arnoldporter.com

    Bridgette C. Gershoni (admitted *pro hac vice*)
    Michael J. Gershoni (admitted *pro hac vice*)
    Kathleen P. Duffy (SBN 1040190)
    Lindsey Staubach (admitted *pro hac vice*)
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave. NW
    Washington, DC 20001
    Telephone:  (202) 942-6745
    Email:  bridgette.gershoni@arnoldporter.com
        michael.gershoni@arnoldporter.com
        kathleen.duffy@arnoldporter.com
        lindsey.staubach@arnoldporter.com

    Michael J. Sebba (SBN 5398540)
    ARNOLD & PORTER KAYE SCHOLER LLP
    777 South Figueroa Street, 44th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 243-4000
    Email:    michael.sebba@arnoldporter.com

    *Attorneys for Plaintiff Nike, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 23, 2023, I caused a true and correct copy of **NIKE INC.'S NOTICE OF DEPOSITION OF DAVID WEEKS** to be served via email on the following counsel for Defendants:

John S. Durrant
*john@durrantlawfirm.com*

Zakari A. Kurtz
*zak@sneakerlawfirm.com*

/s/ *Bridgette Gershoni*
For Plaintiff Nike, Inc.