UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY, LLC, NICKWON ARVINGER, and <br> DAVID WEEKS, <br><br> Defendants. | Case No. 1:23-cv-02431-VM |

### NIKE, INC.'S NOTICE OF DEPOSITION OF DAVID WEEKS

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and applicable local rules, Nike, Inc. ("Nike"), by and through its undersigned counsel, will take the deposition by oral testimony of David Weeks at 9 a.m. ET on July 12, or such other date and time upon which the parties mutually agree, at the offices of Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019, and continuing until completed or otherwise adjourned.  The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by stenographic, audio, and video means, and may be recorded through the instant visual display of testimony (*i.e.*, real-time transcription).  The deposition will be taken for the purposes of discovery, use at trial in this action, and any other purposes permitted under the Federal Rules of Civil Procedure.

Dated: June 23, 2023                           ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Bridgette Gershoni*
Christopher J. Renk (admitted *pro hac vice*)
Michael J. Harris (admitted *pro hac vice*)
Aaron P. Bowling (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Email: chris.renk@arnoldporter.com
michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com

Bridgette C. Gershoni (admitted *pro hac vice*)
Michael J. Gershoni (admitted *pro hac vice*)
Kathleen P. Duffy (SBN 1040190)
Lindsey Staubach (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6745
Email: bridgette.gershoni@arnoldporter.com
michael.gershoni@arnoldporter.com
kathleen.duffy@arnoldporter.com
lindsey.staubach@arnoldporter.com

Michael J. Sebba (SBN 5398540)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Email: michael.sebba@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, I caused a true and correct copy of **NIKE INC.'S NOTICE OF DEPOSITION OF DAVID WEEKS** to be served via email on the following counsel for Defendants:

John S. Durrant
*john@durrantlawfirm.com*

Zakari A. Kurtz
*zak@sneakerlawfirm.com*

/s/ *Bridgette Gershoni*
For Plaintiff Nike, Inc.