

# THE **DURRANT** LAW FIRM
**Strategic Advocacy. Clear Thinking.**

July 8, 2023

_Via Email_

Bridgette C. Gershoni, Esq.
Michael Gershoni, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Re:   _Nike v. By Kiy, et al._ – 1:23-cv-02431-VM (S.D.N.Y.)

Dear Michael and Bridgette:

While we will ask the Court for an extension of the Scheduling Order for the reasons we have explained elsewhere.  In an abundance of caution, please let us know on or before close of business Monday, July 10, 2023, on what days each of the persons identified on any of Nike's initial disclosures, Nike's likely PMK regarding issues in this case, Kelly Hibler, and Tinker Hatfield will be available for deposition prior to the current discovery cut-off and where they each would like to be deposed.

Thank you,

**John Durrant, Esq.**
The Durrant Law Firm, APC

Cc:  Zakari Kurtz, Esq.

---

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com