USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIKE, INC.,

                Plaintiff,

    - against -

BY KIY LLC, et al.,

               Defendants.

**23 Civ. 2431 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On July 9, 2023, defendants and counter-plaintiffs By Kiy LLC, Nickwon Arvinger, and David Weeks (collectively, "Defendants") filed an ex parte motion for an emergency protective order regarding depositions noticed for July 12 to 14, 2023, and a modification of the current Scheduling Order and Case Management Plan. (See Dkt. No. 79.) The parties are hereby directed to address this dispute to the Magistrate Judge, to whom the case is referred for pretrial supervision and non-dispositive motions.

**SO ORDERED.**

Dated:    10 July 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.