UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                    Plaintiff,

    -v-

BY KIY LLC, et al.,

                   Defendants.

CIVIL ACTION NO.: 23 Civ. 2431 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **tomorrow, July 11, 2023, at 10:00 a.m.**, Plaintiff Nike, Inc. ("Nike") shall file a letter not to exceed three (3) pages in response to Defendants' pending motion for a protective order. (ECF No. 79). Defendants' counsel is reminded that, per the undersigned's Individual Practices in Civil Cases, communications with the Court shall be by letter filed on the docket, and the Court does not accept courtesy copies, by email or otherwise.

Dated:      New York, New York
            July 10, 2023

                                  SO ORDERED.

                                    _____

                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**