

# THE **DURRANT** LAW FIRM

**Strategic Advocacy. Clear Thinking.**

July 10, 2023

<u>Via Email</u>

Bridgette C. Gershoni, Esq.
Michael Gershoni, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Re:   *NIKE v. BY KIY, et al.* – 1:23-cv-02431-VM (S.D.N.Y.)

Dear Michael and Bridgette:

You called my office about an hour ago, and asked me several questions that appeared to be an unavailing, but nonetheless inappropriate, effort to alter the record regarding Defendants' pending Emergency and Ex Parte Motion for Protective Order Regarding Depositions Scheduled for July 12-14 and for an Extension of the Scheduling Order ("Emergency Motion").  Our Emergency Motion papers make our positions clear.  We also have tried to explain our positions in our many correspondence to you.  Nothing has changed.

As I said on the call but I repeat here for the avoidance of any doubt:  The Court will decide the pending Emergency Motion.  On this and any other matters, we submit ourselves to the Court and Defendants will conform their conduct to any order or

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com

Arnold & Porter
July 10, 2023
Page 2

orders of the Court.

Sincerely,

**John Durrant, Esq.**
THE DURRANT LAW FIRM, APC

CC: ZAKARI KURTZ, ESQ.

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com