# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY, LLC, <br> NICKWON ARVINGER, and <br> DAVID WEEKS, <br><br> Defendants. | CASE NO.   1:23-cv-02431-VM |
| BY KIY, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> NIKE, INC., <br><br> Counterclaim-Defendant. | |

### BY KIY, LLC'S NOTICE OF DEPOSITION OF TINKER HATFIELD

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and applicable local rules, By Kiy LLC ("By Kiy"), by and through its undersigned counsel, will take the deposition by oral testimony of Tinker Hatfield at 11:00 a.m. PT on July 20, 2023 or such other date and time upon which the parties mutually agree, via Zoom or other remote appearance or videoconference means, and continuing until completed or otherwise adjourned. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by stenographic, audio, and video means, and may be recorded through

the instant visual display of testimony (i.e., real-time transcription). The deposition will be taken for the purposes of discovery, use at trial in this action, and any other purposes permitted under the Federal Rules of Civil Procedure.

DATED: July 11, 2023    JOHN S. DURRANT
　　　　　　　　　　　　THE DURRANT LAW FIRM, APC

　　　　　　　　　　　　By: *John S. Durrant* _____
　　　　　　　　　　　　　　John S. Durrant (*admitted pro hac vice*)
　　　　　　　　　　　　　　Attorney for Defendant and Counterclaimant
　　　　　　　　　　　　　　*By Kiy, LLC, and Defendants Nickwon*
　　　　　　　　　　　　　　*Arvinger, and David Weeks*

DATED: July 11, 2023    ZAKARI A. KURTZ, ESQ.
　　　　　　　　　　　　SNEAKER LAW FIRM PLLC
　　　　　　　　　　　　dba SNEAKER & STREETWEAR LEGAL SERVICES

　　　　　　　　　　　　By: *Zakari A. Kurtz* _____
　　　　　　　　　　　　　　Zakari A. Kurtz (NY Attorney No. 5242946)
　　　　　　　　　　　　　　Attorney for Defendant and Counterclaimant
　　　　　　　　　　　　　　*By Kiy, LLC, and Defendants Nickwon*
　　　　　　　　　　　　　　*Arvinger, and David Weeks*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I caused a true and correct copy of BY KIY'S NOTICE OF DEPOSITION OF TINKER HATFIELD. to be served via email on the following counsel for Defendants:

Gershoni, Michael <Michael.Gershoni@arnoldporter.com>

DATED: July 11, 2023                JOHN S. DURRANT
                                    THE DURRANT LAW FIRM, APC

                                    By: *John S. Durrant*
                                        John S. Durrant (*admitted pro hac vice*)
                                        Attorney for Defendant and Counterclaimant
                                        *By Kiy, LLC, and Defendants Nickwon
                                        Arvinger, and David Weeks*

DATED: July 11, 2023                ZAKARI A. KURTZ, ESQ.
                                    SNEAKER LAW FIRM PLLC
                                    dba SNEAKER & STREETWEAR LEGAL SERVICES

                                    By: *Zakari A. Kurtz*
                                        Zakari A. Kurtz (NY Attorney No. 5242946)
                                        Attorney for Defendant and Counterclaimant
                                        *By Kiy, LLC, and Defendants Nickwon
                                        Arvinger, and David Weeks*