# THE DURRANT LAW FIRM

July 14, 2023

<u>*Via ECF*</u>

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re:   *Nike v. By Kiy, et al.* – 1:23-cv-02431-VM (S.D.N.Y.) – Response to ECF No. 93

Dear Judge Cave:

Defendants are in receipt of Nike's "reply" and disagree with the statements therein, which again misrepresent the true facts, attested under oath by undersigned counsel. We haven't "now" changed any position. Both in the meet and confer conference and in the email which counsel neglected to submit to the Court, Defendants strenuously and repeatedly stated their willingness to narrow the 30(b)(6) notice, and consider *any* witness with personal knowledge of the "origin story" of the Jordan-1 and its successors, which is integral to the claims in the Complaint, and affirmative defenses. The witnesses identified by Nike do not have this knowledge – they did not work at Nike in the 1980s. Defendants again mis-count days and provide no substantive justification to preclude *any* 30(b)(6) deposition. Defendants will not respond further unless the Court requests such a response, but the claims regarding what happened are not true and we feel compelled to correct the record.

Respectfully submitted,

John Durrant, Esq.
THE DURRANT LAW FIRM, APC

CC:  ZAKARI KURTZ, ESQ.

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile**: 310-895-6318
**Email**: john@durrantlawfirm.com

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com