UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                        Plaintiff,

   -v-                                      CIVIL ACTION NO.: 23 Civ. 2431 (VM) (SLC)

BY KIY LLC, et al.,                          **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, July 17, 2023 at 2:00 p.m.** on the Court's conference line to discuss Plaintiff's letter-motion for a discovery conference at ECF No. 90. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
               July 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**