UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                      Plaintiff,

     -v-                                          CIVIL ACTION NO.: 23 Civ. 2431 (VM) (SLC)

BY KIY LLC, et al.,                               **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Nike, Inc. ("Nike") moved for a discovery conference to discuss its request for a protective order preventing the deposition of its corporate designee under Fed. R. Civ. P. 30(b)(6) and the deposition of a fact witness, Tinker Hatfield ("Mr. Hatfield"). (ECF No. 90 (the "Motion")). In brief, Nike's submission argued that the 26 topics set forth in Defendants' 30(b)(6) notice to Nike were overbroad and objectionable on other grounds, and that Mr. Hatfield lacks personal knowledge sufficient to subject him to deposition. (Id.) Nike agreed to make available Donald Kelsey ("Mr. Kelsey") and Jeff Atienza ("Mr. Atienza") to testify as corporate witnesses to a narrowed set of Rule 30(b)(6) topics. (Id.) Defendants opposed the Motion, but narrowed their proposed Rule 30(b)(6) topics from 26 to 21 (the "Topics"). (ECF Nos. 92, 94, 96).

Today, July 17, 2023, the Court held a conference to discuss the Motion (the "Conference"). Having reviewed the parties' submissions and arguments, and as set forth on the record at the Conference, the Court hereby orders as follows:

1. Nike's request for a protective order is DENIED WITHOUT PREJUDICE.

2. The notice of deposition for Mr. Hatfield is deemed WITHDRAWN WITHOUT PREJUDICE. In the event that, following the depositions of Mr. Kelsey and Mr. Atienza, Defendants wish to renew their application to depose Mr. Hatfield to ask him questions that are relevant to this case and to which neither Rule 30(b)(6) deponent was able to respond, they may make an application to the Court at that time.

3. The fact discovery deadline is EXTENDED from July 25, 2023 to **July 31, 2023**, except that either or both parties may promptly serve and respond to post-deposition requests for production after this deadline has passed.

4. The expert discovery deadline is EXTENDED from October 20, 2023 to **October 26, 2023**.

5. Nike shall produce at least one Rule 30(b)(6) witness to testify regarding the Topics, which are modified as follows:[1]

    Topic 1: No changes.

    Topic 2: "The design aspects of current By Kiy sneakers that Nike contends constitute trademark infringement."

    Topic 3: No changes.

    Topic 4: "Specific examples of confusion on the secondary market of which Nike has knowledge."

    Topic 5: Removed.

---

[1] Even where not expressly indicated, Nike's 30(b)(6) witnesses are not required to provide testimony that would otherwise be protected by the attorney-client privilege.

Topic 6: "When Nike became aware of By Kiy's products and any non-privileged discussions regarding Nike's concern about trademark infringement with regard to By Kiy's products or regarding collaborations between By Kiy and third parties, including without limitation Modes Moose, Inc. d/b/a Moose Knuckles."

Topic 7: "Communications by Nike's Board of Directors and/or executives regarding By Kiy."

Topic 8: Removed.

Topic 9: "Nike's knowledge of specific instances of confusion by or among consumers, distributors, wholesalers, retailers, vendors, or merchants, between footwear sold by Nike and By Kiy, and the basis of that knowledge, including information regarding each and every instance that a person buying any By Kiy product: actually believed the By Kiy product was a Nike product; did not understand the product was a By Kiy product; or was confused or unclear about whether Nike had involvement in the creation, marketing, or sale of the product."

Topic 10: Removed.

Topic 11: "Nike's design and development process for the Jordan-1, reissues of the Jordan-1, and the 'Swooshless Jordan.'"

Topic 12: "Nike's general understanding of or research it conducted into the sneaker market in the twelve-month period preceding the launch of the Jordan-1 in 1985."

Topic 13: "Nike's Trademark registration process for each of the Trade Dress Registrations, including Nike's Declarations to the USPTO."

Topic 14: "Identification of and information concerning studies, if any, that Nike has conducted or directed to be conducted regarding customer perception of Jordan-1 sneakers without a 'Swoosh.'"

Topic 15: "Instances in which Nike has filed lawsuits or sent cease-and-desist letters asserting that the Trade Dress Registrations have been violated with respect to the Jordan-1 from 1985 to the present."

Topic 16: "In general, Nike's marketing, advertising, or promotion of the Jordan-1."

Topic 17: "Information of which the deponent is aware relating to significant customer complaints or concerns about Nike shoes bearing, using, or incorporating in any manner any of the '064 Registration, '694 Registration, '691 Registration, or '535 Registration, such as complaints about mold, durability, poor workmanship, manufacturing problems, or other defects."

Topic 18: "General description of the categories of materials contained in the Jordan-1."

Topic 19: Removed.

Topic 20: "Instances, if any, in which Nike has approved a product which it alleged, believed, or believes infringes on the '064 Registration, '694 Registration, '691 Registration, or '535 Registration."

Topic 21: Removed without prejudice.

6. The parties shall order a transcript of the Conference and file it on the docket. By **July 19, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close ECF No. 90.

Dated:     New York, New York
             July 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 ○ | 3 Day $6.00 ○ | 7 Day $5.34 ○ | 14 Day $4.68 ○ | 30 Day $4.02 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |