UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NIKE, INC.,

                Plaintiff,

        v.

BY KIY, LLC, et al.,

                Defendants.
-------------------------------------------------------------x

Case No. 23-cv-2431 (VM) (SLC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew Jacobs, Esq., of the Jacobs Law Group, is authorized to practice in this Court and appears as counsel for defendant and counterclaimant DAVID WEEKS.

Accordingly, all notices and other papers in this action shall be served upon the undersigned at the address below.

Dated:     Thousand Oaks, California
           July 26, 2023

                                         **JACOBS LAW GROUP**

                                         By: _____
                                         Matthew Jacobs
                                         3435 E. Thousand Oaks Blvd., #3492
                                         Thousand Oaks, CA 91359
                                         805-601-7504
                                         matt@jacobslg.com
                                         *Attorney for David Weeks*