☙AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Southern  | **District of** |  New York  |
|---|---|---|

| | |
|---|---|
| Nike, Inc. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| By Kiy, LLC, et al. | CASE NUMBER: 23 Civ. 2431 (VM) |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __David Weeks__ substitutes
(Party (s) Name)

__Matthew Jacobs__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __John Durrant and Zakari Kurtz__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Jacobs Law Group |
| Address: | 3435 E. Thousand Oaks Blvd. #3492, Thousand Oaks, CA 91359 |
| Telephone: | 805-601-7504        Facsimile _____ |
| E-Mail (Optional): | matt@jacobslg.com |

I consent to the above substitution.

Date: July 26, 2022

DocuSigned by:
*David Weeks*
70762BEBC68A41F...
(Signature of Party (s))

I consent to being substituted.

Date: July 26, 2022

s/John Durrant      s/Zakari Kurtz
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 26, 2022

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**