AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Nike, Inc.

Plaintiff(s),

V.

By Kiy, LLC, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23 Civ. 2431 (VM)

Notice is hereby given that, subject to approval by the court, **David Weeks** substitutes
(Party(s) Name)

**Matthew Jacobs**, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of **John Durrant and Zakari Kurtz**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jacobs Law Group
Address: 3435 E. Thousand Oaks Blvd. #3492, Thousand Oaks, CA 91359
Telephone: 805-601-7504    Facsimile _____
E-Mail (Optional): matt@jacobslg.com

I consent to the above substitution.
Date: July 26, 2022

*DocuSigned by:* David Weeks  (79762BEBC68A41F...)
(Signature of Party(s))

I consent to being substituted.
Date: July 26, 2022

s/John Durrant    s/Zakari Kurtz
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: July 26, 2022

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 26, 2023

*[signature]* Sarah Cave
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

> The Clerk of Court is respectfully directed to terminate Mr. Durrant and Mr. Kurtz as counsel for David Weeks, and to substitute Mr. Jacobs as counsel.