AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

# UNITED STATES DISTRICT COURT

Southern District of

Nike, Inc.
            Plaintiff (s),
V.
By Kiy, LLC, et al.
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23 Civ. 2431 (VM)

Notice is hereby given that, subject to approval by the court, __David Weeks__ substitutes
(Party (s) Name)

__Matthew Jacobs__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __John Durrant and Zakari Kurtz__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Jacobs Law Group
Address:       3435 E. Thousand Oaks Blvd. #3492, Thousand Oaks, CA 91359
Telephone:     805-601-7504            Facsimile _____
E-Mail (Optional): matt@jacobslg.com

I consent to the above substitution.
Date: July 26, 2022

*David Weeks* (DocuSigned by: 79762BEBC68A41F...)
(Signature of Party (s))

I consent to being substituted.
Date: July 26, 2022

s/John Durrant     s/Zakari Kurtz
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 26, 2022

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 27, 2023

*Victor Marrero*
U.S.D.J.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]