# EXHIBIT 1

## Gershoni, Michael

| | |
|---|---|
| **From:** | Harris, Michael J. |
| **Sent:** | Thursday, July 27, 2023 9:33 PM |
| **To:** | Gershoni, Michael; Gershoni, Bridgette; Renk, Christopher J. |
| **Subject:** | Fwd: Confidentiality designation of today's depsition of Mr. Atienza |

**From:** john@durrantlawfirm.com <john@durrantlawfirm.com>
**Sent:** Thursday, July 27, 2023 8:21 PM
**To:** Renk, Christopher J. <Chris.Renk@arnoldporter.com>; Harris, Michael J. <Michael.Harris@arnoldporter.com>
**Subject:** RE: Confidentiality designation of today's depsition of Mr. Atienza

External E-mail

Chris and Michael –

The Gershoni's called me a few minutes ago asking probing questions about the reasons for my withdrawal. I obviously cannot and will not answer any questions that would risk divulging privileged communications. I am confident that this is a situation requiring withdrawal. I've filed the letter requesting a continuance of the deposition and leave to file a motion to withdraw in camera. Would appreciate Nike's non-opposition.

(Nice to meet you today, Chris.)

Best,
John Durrant

**John Durrant, Esq.**
*Founder and CEO*

THE **DURRANT** LAW FIRM

**Strategic Advocacy. Clear Thinking.**

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Address:** 2337 Roscomare Road
Suite 2180
Los Angeles, California
90077
**Email**: john@durrantlawfirm.com

https://durrantlawfirm.com



**From:** Harris, Michael J. <Michael.Harris@arnoldporter.com>
**Sent:** Friday, July 21, 2023 2:57 PM

1