# THE **DURRANT** LAW FIRM

July 31, 2023

_Via ECF_

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re:     _NIKE v. BY KIY, et al._ – 1:23-cv-02431-VM (S.D.N.Y.) – Letter Motion to Seal

Dear Judge Cave:

We are submitting a letter brief to Your Honor regarding the withdrawal of counsel issue that contains information designated by the parties "Highly Confidential" under the Protective Order in this case [ECF 77].  We therefore move that the letter brief and associated declaration of John Durrant be sealed. Under a separate ECF number we are submitting a declaration in support of this Letter Motion to Seal.

Respectfully submitted,

**John Durrant, Esq.**
THE DURRANT LAW FIRM, APC

---

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile:** 310-895-6318
**Email:** john@durrantlawfirm.com