July 31, 2023

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

      Re:    *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM (S.D.N.Y.)

Dear Judge Cave:

      Plaintiff Nike, Inc. ("Nike") is submitting a letter to Your Honor regarding events that occurred during the last week of discovery in this case that contains information designated by Defendants has "HIGHLY CONFIDENTIAL" under the Protective Order [ECF 77]. Nike therefore moves that the letter and associated exhibits be sealed. Under a separate ECF number we are submitting a declaration in support of this Letter Motion to Seal.

      Respectfully,

      *Bridgette Gershoni*

      Bridgette Gershoni