# THE **DURRANT** LAW FIRM

July 31, 2023

<u>Via ECF</u>

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

> Attorney John Durrant's request at ECF No. 121 to file a document under seal is GRANTED. The document filed at ECF No. 123 shall remain as visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 121.
>
> SO ORDERED.    8/1/2023
>
> *SARAH L. CAVE*
> United States Magistrate Judge

Re:   *NIKE v. BY KIY, et al.* – 1:23-cv-02431-VM (S.D.N.Y.) – <u>Letter Motion to Seal</u>

Dear Judge Cave:

We are submitting another letter brief to Your Honor regarding the "close of fact discovery" that contains information designated by the parties "Highly Confidential" under the Protective Order in this case [ECF 77]. We therefore move that the letter brief and associated declaration of John Durrant be sealed. Under a separate ECF number we are submitting a declaration in support of this Letter Motion to Seal.

Respectfully submitted,

*[signature]*

John Durrant, Esq.
THE DURRANT LAW FIRM, APC

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile**: 310-895-6318
**Email**: john@durrantlawfirm.com