August 3, 2023

**VIA ECF**

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15B
New York, NY 10007-1312

      **Re**:    *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM (S.D.N.Y.)

Dear Judge Marrero:

      Pursuant to Your Honor's July 31, 2023 correspondence, Plaintiff Nike Inc. and Defendants By Kiy LLC, Nickwon Arvinger, and David Weeks jointly submit this letter requesting that the Case Management Conference be held on Friday, September 1, 2023.[1,2] The parties wish to appear telephonically at the Case Management Conference.

---

[1] For the Court's reference, Your Honor requested on July 31, 2023 that the parties request a new Friday date for the Case Management Conference, originally scheduled for Friday, August 4, 2023 at 10:00 a.m. ET. *See* ECF No. 75.

[2] Counsel for Defendants By Kiy LLC and Nickwon Arvinger—John Durrant and Zak Kurtz—have moved to withdraw from this case and may not be counsel on September 1, 2023. Their motion is currently pending before Judge Cave.

August 3, 2023
Page 2

Dated: August 3, 2023

     */s/ Christopher J. Renk*
Christopher J. Renk (admitted *pro hac vice*)
Michael J. Harris (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Email: chris.renk@arnoldporter.com
       michael.harris@arnoldporter.com

Bridgette C. Gershoni (admitted pro hac vice)
Michael J. Gershoni (admitted pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Email: bridgette.gershoni@arnoldporter.com
       michael.gershoni@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*


     */s/ John Durrant*
John Durrant, Esq.
THE DURRANT LAW FIRM
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077
Telephone: (424) 273-1962
Email: john@durrantlawfirm.com


Zakari Kurtz
Sneaker Law Firm, PLLC
928 Washington St
Baldwin, NY 11510
Telephone: (540) 230-2965
Email: zak@sneakerlawfirm.com


*Counsel for Defendants By Kiy LLC and Nickwon Arvinger*

     */s/ Matt Jacobs*
Matt Jacobs
JACOBS LAW GROUP
3435 E. Thousand Oaks Blvd., #3492
Thousand Oaks, California 91359
Telephone: (805) 601-7504
Email: matt@jacobslg.com

*Counsel for Defendant David Weeks*