```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                    Plaintiff,

      - against -

BY KIY LLC, et al.,

                    Defendants.

23 Civ. 2431 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The case management conference in the above-captioned matter, currently scheduled for August 4, 2023, is hereby adjourned to September 22, 2023 at 12:00 p.m. The conference will be held telephonically, and the parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    3 August 2023
           New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.