UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>BY KIY, LLC,<br>NICKWON ARVINGER, and<br>DAVID WEEKS,<br><br>   Defendants. | CASE NO. 1:23-cv-02431-VM<br><br>**NOTICE OF MOTION OF JOHN DURRANT AND ZAKARI KURTZ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER**<br><br>**FILED UNDER SEAL** |
| BY KIY, LLC,<br><br>   Counterclaimant,<br><br> v.<br><br>NIKE, INC.,<br><br>   Counterclaim-Defendant. | |

  **PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, dated August 4, 2023, accompanying Declarations of John Durrant and Zakari Kurtz dated August 4, 2023, and all proceedings had herein, John Durrant and Zakari Kurtz, will move this the Honorable Sarah L Cave at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 18A, New York, NY 10007-1312, as soon as counsel may be heard, for an

order pursuant to Local Rule 1.4 granting that John Durrant and Zakari Kurtz be relieved as counsel of record for By Kiy, LLC and Nickwon Arvinger in the above captioned action.

                              Respectfully submitted,

DATED: August 4, 2023         JOHN S. DURRANT
                                      THE DURRANT LAW FIRM, APC

                                      By:  *John S. Durrant*
                                             John S. Durrant (*admitted pro hac vice*)
                                             Attorney for Defendant and Counterclaimant
                                             *By Kiy, LLC, and Defendants Nickwon*
                                             *Arvinger, and David Weeks*

DATED: August 4, 2023         ZAKARI A. KURTZ, ESQ.
                                        SNEAKER LAW FIRM PLLC
                                        dba SNEAKER & STREETWEAR LEGAL SERVICES

                                        By:  *Zakari A. Kurtz*
                                             Zakari A. Kurtz (NY Attorney No. 5242946)
                                             Attorney for Defendant and Counterclaimant
                                             *By Kiy, LLC, and Defendants Nickwon*
                                             *Arvinger, and David Weeks*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, I have caused / will cause a true and correct copy of the following documents:

**NOTICE OF MOTION OF JOHN DURRANT AND ZAKARI KURTZ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER.**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF JOHN DURRANT AND ZAKARI KURTZ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER.**

**DECLARATION OF JOHN DURRANT IN SUPPORT OF MOTION OF JOHN DURRANT AND ZAKARI KURTZ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER.**

**DECLARATION OF ZAKARI KURTZ IN SUPPORT IN SUPPORT OF MOTION OF JOHN DURRANT AND ZAKARI KURTZ TO WITHDRAW AS COUNSEL FOR BY KIY, LLC AND NICKWON ARVINGER.**

to be served via email today on these Defendants:

**Nickwon Arvinger** originalsog@gmail.com

**By Kiy, LLC** originalsog@gmail.com

DATED: August 4, 2023            By:   *John S. Durrant*
                                         John S. Durrant

1