UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 23 Civ. 2431 (VM) (SLC)

BY KIY LLC, et al.,                          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The sealing requests at ECF No. 129 and ECF No. 131 are GRANTED IN PART and DENID IN PART. The documents filed at ECF Nos. 134–36 shall remain as visible only to the selected parties. The document filed at ECF No. 133—the notice of motion to withdraw as counsel—does not contain information warranting sealing, and counsel does not specifically argue otherwise.

The Clerk of Court is respectfully directed to unseal and make public ECF No. 133, and to close ECF No. 129 and ECF No. 131.

Dated:        New York, New York
                August 7, 2023

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**