August 7, 2023

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

   **Re**: *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM-SLC (S.D.N.Y.)

Dear Judge Cave:

  Pursuant to Your Honor's July 28, 2023 Order [ECF No. 110], Plaintiff Nike, Inc. ("Nike") is submitting a response to counsel for Defendants By Kiy LLC and Nickwon Arvinger's motion to withdraw [ECF Nos. 133-136]. The response contains information designated by Defendants as "HIGHLY CONFIDENTIAL" under the Protective Order [ECF 77]. Nike therefore moves that the response and associated Exhibit Nos. 1-4 be sealed.

           Respectfully submitted,

           *Michael Gershoni*

           Michael J. Gershoni
           ARNOLD & PORTER KAYE SCHOLER LLP