UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY, LLC, <br> NICKWON ARVINGER, and <br> DAVID WEEKS, <br><br> Defendants. | Case No. 1:23-cv-02431-VM-SLC |

**DECLARATION OF MICHAEL J. GERSHONI IN SUPPORT OF
LETTER MOTION TO SEAL**

I, Michael J. Gershoni, declare as follows:

1. I represent Plaintiff Nike, Inc. ("Nike") in the above-captioned case and have been admitted before this Court *pro hac vice.* I submit this declaration in support of Nike's response to counsel for By Kiy LLC's and Nickwon Arvinger's motion to withdraw [ECF Nos. 133-136] (herein, "Motion").

2. On July 28, 2023, Your Honor ordered counsel for Defendants By Kiy LLC and Nickwon Arvinger to file a motion to withdraw as counsel by August 4, 2023 [ECF No. 110].

3. On August 4, 2023, counsel for Defendants By Kiy LLC and Nickwon Arvinger filed their Motion [ECF Nos. 133-136].

4. Nike is filing a response to counsel for Defendants By Kiy LLC's and Nickwon Arvinger's Motion [ECF Nos. 133-136] pursuant to Your Honor's July 28, 2023 Order [ECF No. 110] (herein, "Response").

5. Nike's Response contains (i) deposition testimony from Mr. Arvinger and Mr. Weeks and (ii) references to documents designated "HIGHLY CONFIDENTIAL" by counsel for Defendants.

6. Additionally, Nike's Response attaches (i) excerpts from the transcripts of Mr. Arvinger's and Mr. Weeks' depositions, (ii) documents produced by Defendants in this case, and (iii) correspondence from counsel for Defendants By Kiy LLC and Nickwon Arvinger, including descriptions of documents, that are designated as "HIGHLY CONFIDENTIAL" by counsel for Defendants. The aforementioned exhibits are Exhibit Nos. 1-5 of the forthcoming Response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2023 in Potomac, Maryland.

*Michael Gershoni*

--------------------------------------
Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP

2