UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br>   Plaintiff,<br><br>   v.<br><br>BY KIY, LLC, NICKWON ARVINGER, and DAVID WEEKS,<br><br>   Defendants.<br><br>BY KIY, LLC,<br><br>   Counterclaimant,<br><br>   v.<br><br>NIKE, INC.,<br><br>   Counterclaim-Defendant. | **CASE NO. 1:23-cv-02431-VM-SLC**<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Daniel E. Lust, Esq., of the law firm of Moritt Hock & Hamroff LLP, hereby enters an appearance on behalf of By Kiy, LLC and Nickwon Arvinger.

Dated: Garden City, New York
   August 7, 2023

                Yours, etc.

                MORITT HOCK & HAMROFF LLP

                By: _/s/ Daniel E. Lust_
                   Daniel E. Lust
                *Attorneys for Defendants/Counterclaimants*
                *By KIY LLC and Nickwon Arvinger*
                400 Garden City Plaza
                Garden City, NY 11530
                (516) 873-2000
                dlust@moritthock.com