UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>BY KIY, LLC, NICKWON ARVINGER, and DAVID WEEKS,<br><br>      Defendants.<br><br>BY KIY, LLC,<br><br>      Counterclaimant,<br><br>      v.<br><br>NIKE, INC.,<br><br>      Counterclaim-Defendant. | **CASE NO. 1:23-cv-02431-VM-SLC**<br><br>**SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED that the law firms of The Durrant Law Firm, APC California, 2337 Roscomare Road, Suite 2180, Los Angeles, CA 90077, (424) 273-1962 and The Sneaker Law Firm, PLLC, 928 Washington Street, Baldwin, NY 11510, (540) 230-2965, as outgoing counsel for Defendant/Counterclaimant, By KIY, LLC and Defendant, Nickwon Arvinger, are being substituted by the law firm of Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530, (516) 837-2000; and

IT IS FURTHER STIPULATED that this stipulation may be signed with facsimile signatures, which signatures shall be treated as originals.

| | |
|---|---|
| Dated: Los Angeles, California<br>August 4, 2022 | Dated: Garden City, New York<br>August 4, 2023 |
| THE DURRANT LAW FIRM<br>*Outgoing Counsel for Defendant/*<br>*Counterclaimant, By KIY, LLC and*<br>*Defendant, Nickwon Arvinger* | MORITT HOCK & HAMROFF LLP<br>*Incoming Attorneys for Defendant/*<br>*Counterclaimant, By KIY, LLC and*<br>*Defendant, Nickwon Arvinger* |
| By: *John Stephen Durrant*<br>    John Stephen Durrant<br>APC California<br>2337 Roscomare Road, Suite 2180<br>Los Angeles, CA 90077<br>(424) 273-1962 | By: *Daniel E. Lust*<br>    Daniel E. Lust<br>400 Garden City Plaza<br>Garden City, NY  11530<br>(516) 873-2000 |

Dated: Baldwin, New York
August 4, 2022

THE SNEAKER LAW FIRM, PLLC
*Outgoing Co-Counsel for Defendant/*
*Counterclaimant, By KIY, LLC and*
*Defendant, Nickwon Arvinger*

By: *Zakari Adam Kurtz*
    Zakari Adam Kurtz
928 Washington Street
Baldwin, NY 11510
(540) 230-2965

BY KIY, LLC

By: *Nickwon Arvinger*
Name: NICKWON ARVINGER
Title:

*Nickwon Arvinger*
NICKWON ARVINGER, Individually

2