August 7, 2023

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

> Plaintiff's sealing motion at ECF No. 138 is GRANTED. The documents filed at ECF No. 140 shall remain as visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 138.
>
> SO ORDERED.   8/7/2023
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM-SLC (S.D.N.Y.)

Dear Judge Cave:

      Pursuant to Your Honor's July 28, 2023 Order [ECF No. 110], Plaintiff Nike, Inc. ("Nike") is submitting a response to counsel for Defendants By Kiy LLC and Nickwon Arvinger's motion to withdraw [ECF Nos. 133-136]. The response contains information designated by Defendants as "HIGHLY CONFIDENTIAL" under the Protective Order [ECF 77]. Nike therefore moves that the response and associated Exhibit Nos. 1-4 be sealed.

      Respectfully submitted,

*Michael Gershoni*

Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP