UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br>     Plaintiff, <br><br> v. <br><br> BY KIY, LLC, NICKWON ARVINGER, and DAVID WEEKS, <br><br>     Defendants. <br><br> BY KIY, LLC, <br><br>     Counterclaimant, <br><br> v. <br><br> NIKE, INC., <br><br>     Counterclaim-Defendant. | **CASE NO. 1:23-cv-02431-VM-SLC** <br><br> **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Nicholas G. Calabria, Esq., of the law firm of Moritt Hock & Hamroff LLP, hereby enters an appearance on behalf of By Kiy, LLC and Nickwon Arvinger.

Dated: Garden City, New York
       August 10, 2023

                                            Yours, etc.

                                            MORITT HOCK & HAMROFF LLP

                                            By: *s/ Nicholas G. Calabria*
                                                      Nicholas G. Calabria
                                          *Attorneys for Defendants/Counterclaimants*
                                          *By KIY LLC and Nickwon Arvinger*
                                          400 Garden City Plaza
                                          Garden City, NY 11530
                                          (516) 873-2000
                                          ncalabria@moritthock.com