

**Nicholas G. Calabria**
Associate
Direct Dial: (516) 265-1129
Email:  ncalabria@moritthock.com

August 10, 2023

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *Nike, Inc. v. By Kiy LLC et al*
                Case No. 1:23-CV-02431 (VM)(SLC)

Dear Judge Cave:

      This firm is counsel to By Kiy LLC ("By Kiy") and Nickwon Arvinger ("Arvinger," together with By Kiy, the "Kiy Defendants") in the above-captioned action, having been substituted in as new counsel for Kiy Defendant on August 7, 2023 [ECF. 142]. We write to respectfully request a 60 day adjournment of all proceedings scheduled in this action to allow counsel to come up to speed on the matter.

      Pursuant to the Scheduling Order and Case Management Plan dated April 7, 2023 ("CMP") [ECF. 75] and the Order dated July 17, 2023 ("July 17th Order") [ECF. 97], fact discovery closed on July 31, 2023 and opening expert reports are due on August 15, 2023. On August 1, 2023, this Court entered an Order ("August 1st Order") [ECF. 124] denying certain implied letter requests for an extension of the fact discovery deadline without prejudice, and subject to renewal, pending briefing on Kiy Defendants' outgoing counsel's motion seeking to withdraw and substitute counsel. According to the August 1st Order, briefing will be complete on August 18, 2023.

      Moreover, the July 17th Order extended certain expert discovery deadlines to October 26, 2023.  Outgoing counsel for Kiy Defendants advised this firm that at a status conference was held on or about July 17, 2023, and at the conference the Court stated that certain discovery deadlines



The Honorable Sarah L. Cave
August 10, 2023
Page 2

would be extended. At this time, the undersigned does not have access to the transcript from the July 17th conference [ECF. 98].

    Due to confusion surrounding the aforementioned discovery deadlines, and of our primary concern as a result thereof, Kiy Defendants are not in a position to meet the August 15th expert disclosure deadline. Accordingly, in addition to the 60 day adjournment, we are also respectfully requesting an immediate conference with the Court to understand, evaluate, and set forth new discovery deadlines in this action.

    This firm spoke with Plaintiff Nike, Inc.'s ("Nike") counsel on Tuesday concerning the above, and our need for an extension of time to, among other things, meet the Court's discovery deadlines. Unfortunately, Nike's counsel was not inclined to consent to an adjournment as of Tuesday.

    Today, this firm again reached out to Nike's counsel, as well as counsel for co-defendant David Weeks ("Weeks"), requesting their consent to this application for an adjournment. This firm has not yet received a response from either Nike's counsel or Weeks' counsel. Considering the rapidly approaching August 15th expert disclosure deadline, this firm elected to file this request pending a response from counsel.

    The undersigned are available, at the Court's convenience, should the Court have any questions or inquiries concerning this request.  We thank the Court for its consideration.

    Respectfully submitted,

    *s/ Nicholas G. Calabria*

    Nicholas G. Calabria, Esq.
    Michael J. Schwab, Esq.
    Daniel E. Lust, Esq.

cc:    All Counsel of Record (via email and ECF)

3346304v1