
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                Plaintiff,

   -v-

BY KIY LLC, et al.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 2431 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter-motion filed by By Kiy LLC and Nickwon Arivinger seeking an extension of "all proceedings scheduled in this action" (ECF No. 145 (the "Motion")), and the opposition filed by Nike, Inc. (ECF No. 146). A telephone conference to discuss the Motion is scheduled for **Tuesday, August 29, 2023 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
              August 11, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge