AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Nike, Inc.
Plaintiff (s),

V.

By Kiy, LLC, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-02431-VM-SLC

Notice is hereby given that, subject to approval by the court, By Kiy, LLC and Nickwon Arvinger substitutes
(Party (s) Name)

Daniel E. Lust , State Bar No. 5276803 as counsel of record in
(Name of New Attorney)

place of John Durrant and Zakari Kurtz .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MORITT HOCK & HAMROFF LLP
Address:
Telephone: Facsimile
E-Mail (Optional): dlust@moritthock.com

I consent to the above substitution.
Date: August 10, 2023

*Nickwon Arvinger* (DocuSigned by)
*Nickwon Arvinger* (DocuSigned by)
For By Kiy, LLC and Nickwon Arvinger
(Signature of Party (s))

I consent to being substituted.
Date: August 10, 2023

s/John Durrant    s/Zakari Kurtz
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 10, 2023

*Daniel E. Lust*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/14/2023

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]