✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern  **District of**  New York

Nike, Inc.
 Plaintiff (s),

V.

By Kiy, LLC, et al.
 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-02431-VM-SLC

Notice is hereby given that, subject to approval by the court, By Kiy, LLC and Nickwon Arvinger substitutes
(Party (s) Name)

Daniel E. Lust , State Bar No. 5276803 as counsel of record in
(Name of New Attorney)

place of  John Durrant and Zakari Kurtz .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: MORITT HOCK & HAMROFF LLP
 Address:
 Telephone: Facsimile
 E-Mail (Optional): dlust@moritthock.com

I consent to the above substitution.
Date: August 10, 2023

*Nickwon Arvinger*  *Nickwon Arvinger*
For By Kiy, LLC and Nickwon Arvinger
(Signature of Party (s))

I consent to being substituted.
Date: August 10, 2023

s/John Durrant    s/Zakari Kurtz
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 10, 2023

*Daniel E. Lust*
(Signature of New Attorney)

The request of Defendants By Kiy LLC and Nickwon Arvinger for the Court to so-order and approve the substitution of Daniel Lust as their counsel in place of John Durrant and Zakari Kurtz (ECF No. 148) is DENIED WITHOUT PREJUDICE. Pending before the Court is the motion of Mr. Durrant and Mr. Kurtz to withdraw as counsel (ECF No. 133), to which Plaintiff Nike, Inc. has responded (ECF No. 140) and for which Mr. Durrant and Mr. Kurtz have a reply deadline of August 18, 2023 (ECF No. 110). The Court will decide that motion in due course once it is fully briefed.

SO ORDERED.   8/15/2023

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

Judge