# THE **DURRANT** LAW FIRM

August 16 2023

<u>Via ECF</u>

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

> The sealing request at ECF No. 150 is GRANTED.  The documents filed at ECF Nos. 152–53 shall remain as visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 150.
>
> SO ORDERED.    8/16/2023
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

Re:   *NIKE v. BY KIY, et al.* – 1:23-cv-02431-VM (S.D.N.Y.) – <u>Letter Motion to Seal</u>

Dear Judge Cave:

We are submitting a Reply brief and declaration to Your Honor regarding my and Mr. Kurtz's Motion to Withdraw as counsel for By Kiy, LLC and Nickwon Arvinger that contains information designated by the parties "Highly Confidential" under the Protective Order in this case [ECF 77].  We therefore move that the Reply and associated Declaration of John Durrant be sealed.  Under a separate ECF number we are submitting a Declaration in support of this Letter Motion to Seal.

Respectfully submitted,

*/s/ John Durrant*

John Durrant, Esq.
THE DURRANT LAW FIRM, APC

---

The Durrant Law Firm, APC
2337 Roscomare Road, Suite 2180
Los Angeles, California 90077

**Phone**: 424-273-1962
**Mobile**: 310-895-6318
**Email**: john@durrantlawfirm.com