UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BY KIY, LLC, NICKWON ARVINGER, and DAVID WEEKS, <br><br> Defendants. | Case No. 1:23-cv-02431-VM |

**JOINT MOTION BY PLAINTIFF NIKE INC. AND DEFENDANT DAVID WEEKS FOR ENTRY OF A CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT DAVID WEEKS**

Plaintiff Nike, Inc. ("Nike") and Defendant David Weeks ("Weeks") (collectively, the "Parties") seek approval and entry of a consent judgment and permanent injunction as to Weeks. Specifically, the Parties have now entered into a confidential settlement agreement that calls for final resolution of this dispute with the Court entering the concurrently filed Consent Judgment and Permanent Injunction, which is now incorporated by reference into this motion.

Accordingly, Nike and Weeks hereby jointly move for entry of the concurrently filed Consent Judgment and Permanent Injunction which the Parties rely upon in support of their motion.

Dated: August 22, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Christopher J. Renk (admitted *pro hac vice*)
Michael J. Harris (admitted *pro hac vice*)
Aaron P. Bowling (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP

1

70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone:  (312) 583-2300
Email:  chris.renk@arnoldporter.com
michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com

Bridgette C. Gershoni (admitted *pro hac vice*)
Michael J. Gershoni (admitted *pro hac vice*)
Kathleen P. Duffy (SBN 1040190)
Lindsey Staubach (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone:  (202) 942-6745
Email:  bridgette.gershoni@arnoldporter.com
michael.gershoni@arnoldporter.com
kathleen.duffy@arnoldporter.com
lindsey.staubach@arnoldporter.com

Michael J. Sebba (SBN 5398540)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:  (213) 243-4000
Email:  michael.sebba@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*


JACOBS LAW GROUP

By: _____
Matthew Jacobs
3435 E. Thousand Oaks Blvd., #3492
Thousand Oaks, CA 91359
(805) 601-7504
matt@jacobslg.com

*Attorney for Defendant David Weeks*