AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Southern District of New York___ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:22-cv-10176 | DATE FILED<br>11/30/2022 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>NIKE, INC. | | DEFENDANT<br>BY KIY LLC, NICKWON ARVINGER, DAVID WEEKS, RELOADED MERCH LLC, BILL OMAR CARRASQUILLO, and XIAMEN WANDERING PLANET |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,711,305 | 11/17/2009 | NIKE, Inc. |
| 2 | 3,721,064 | 12/8/2009 | NIKE, Inc. |
| 3 | 3,725,535 | 12/15/2009 | NIKE, Inc. |
| 4 | 6,368,691 | 6/1/2021 | NIKE, Inc. |
| 5 | 6,368,694 | 6/1/2021 | NIKE, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Consent Judgment and Permanent Injunction |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/J. Carlo | DATE<br>8/23/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy