UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                      Plaintiff,

-v-

BY KIY LLC and NICKWON ARVINGER,

                      Defendants.

CIVIL ACTION NO. 23 Civ. 2431 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 29, 2023 (the "Conference"), the Court orders as follows:

1. By **September 12, 2023**, the parties shall file a joint letter in which (i) Defendants shall state whether they intend to serve a new opening expert report; (ii) Plaintiff shall state whether, if Defendants intend to serve a new opening expert report, any adjustments or additions to the expert discovery schedule set forth in the following paragraph are necessary; and (iii) the parties shall certify that fact discovery has been completed, or describe the open fact discovery issues and a proposed deadline by which all fact discovery will be completed.

2. Expert discovery shall be completed as follows:

    a. By **October 16, 2023**, Defendants shall serve rebuttal expert reports.

    b. By **November 6, 2023**, Plaintiff shall serve expert reports in reply.

    c. By **November 22, 2023**, all expert depositions shall be completed.

    d. By **November 29, 2023**, the parties shall file a joint letter on the docket certifying that expert discovery is complete.

3. A telephone conference is scheduled for **Wednesday, September 20, 2023, at 10:00 a.m.**, on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. The parties shall order a transcript of the Conference and file it on the docket. By **August 31, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
           August 29, 2023

SO ORDERED.

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

## etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

### INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | ○ | 3 Day $6.00 | ○ | 7 Day $5.34 | ○ | 14 Day $4.68 | ○ | 30 Day $4.02 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[ RESET ]  [ PRINT ]  [ SAVE ]  [ EMAIL ]