UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                          Plaintiff,

    -v-                                  CIVIL ACTION NO. 23 Civ. 2431 (VM) (SLC)

BY KIY LLC and NICKWON ARVINGER,                   **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 20, 2023 (the "Conference"), the Court orders as follows:

1. Plaintiff shall promptly provide Defendants a copy of its responses, previously served on July 24, 2023, to Defendants' second requests for production.

2. By **September 29, 2023**, (i) Defendants shall produce to Plaintiff any additional responsive documents in the categories Plaintiff identified in the parties' September 12, 2023 joint letter to the Court (ECF No. 163 at 2), and (ii) Plaintiff shall provide to Defendants a general and categorical index of their prior document production.

3. By **October 27, 2023**, the parties shall complete the two outstanding depositions, i.e., the continued deposition of Mr. Arvinger and the deposition of Mr. Sica.

4. By **November 3, 2023**, the parties shall file a joint letter certifying that fact discovery has been completed or describing any remaining open fact discovery issues. The

Court deems fact discovery closed as to all matters except for those discussed in this Order.

5. The parties shall order a transcript of the Conference and file it on the docket. By **September 22, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.

6. The Clerk of Court is respectfully directed to close ECF No. 163.

Dated:    New York, New York
          September 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | ○ | 3 Day $6.00 | ○ | 7 Day $5.34 | ○ | 14 Day $4.68 | ○ | 30 Day $4.02 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]