```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                Plaintiff,

      - against -

BY KIY LLC, et al.,

                Defendants.

23 Civ. 2431 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The case management conference in the above-captioned matter, previously scheduled for September 22, 2023, is hereby adjourned to November 3, at 3:00 p.m. The conference will be held telephonically, and the parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    27 September 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.