> Plaintiff's request at ECF No. 170 is GRANTED.  The letter filed at ECF No. 172, and exhibits 1, 2, 5, and 6 attached to the letter, shall remain under seal and as visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to unseal and make available to the public exhibits 3 and 4 (ECF Nos. 172-3 and 172-4), and to close ECF No. 170.
>
> SO ORDERED.     10/31/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re:   *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM-SLC (S.D.N.Y.)

Dear Judge Cave:

Plaintiff Nike, Inc. ("Nike") is submitting a letter to Your Honor that contains discussion of documents and testimony designated by Defendants as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL" under the Protective Order [ECF 77]. Nike therefore moves that the letter and associated Exhibit Nos. 1, 2, 5, and 6 be sealed.

Respectfully,

Michael Gershoni

Michael Gershoni