UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>        Plaintiff,<br><br> -v-<br><br>BY KIY LLC and NICKWON ARVINGER,<br><br>        Defendants. | CIVIL ACTION NO. 23 Civ. 2431 (VM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter certifying that all discovery is complete apart from the claim of Defendant By Kiy LLC ("By Kiy") that Plaintiff owes to By Kiy responses to two requests for production served following the deposition of Plaintiff's expert, Dr. Isabella Cunningham.  (ECF No. 189).  By **December 7, 2023**, the parties shall confer as necessary and file: (i) Dr. Cunningham's opening expert report, dated August 15, 2023 (id. at 1); (ii) By Kiy's letter to Plaintiff dated December 1, 2023 (id.); and (iii) any excerpts of Dr. Cunningham's deposition that either party believes are necessary for the Court to resolve this dispute.

Dated:   New York, New York
       December 5, 2023

                     SO ORDERED.

                     _____
                     SARAH L. CAVE
                     United States Magistrate Judge