```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                Plaintiff,

    - against -

BY KIY LLC, et al.,

               Defendants.

23 Civ. 2431 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On December 8, 2023, all fact and expert discovery was deemed closed. (Dkt. No. 193.) The deadline for filing dispositive motions having passed on January 8, 2024, see Fed. R. Civ. P. 56(b), the parties shall now propose a trial schedule for the Court's consideration. The parties are directed to confer and advise the Court as to i) the anticipated total length of trial, and ii) blocks of time beginning in April 2024 when the parties are available for trial.

**SO ORDERED.**

Dated:    10 January 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.