February 28, 2024

**VIA ECF**

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024
```

      Re:    *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM-SLC (S.D.N.Y.)

Dear Judge Marrero:

      Pursuant to Your Honor's January 29, 2024 Order [ECF No. 196], Plaintiff Nike, Inc. ("Nike") is submitting a motion and supporting memorandum to strike and exclude portions of Bertrand Guillaume's Expert Report and Opinions [ECF Nos. 199, 200]. The memorandum in support of Nike's motion contains excerpts of the deposition of Defendants By Kiy LLC and Nickwon Arvinger, which counsel for Defendants designated as "HIGHLY CONFIDENTIAL" under the Protective Order [ECF No. 77].

      Nike does not believe that the memorandum in support of Nike's motion and associated exhibit no. 1 contains confidential information that should be restricted from the public docket. However, counsel for By Kiy informed Nike that it objects to the public filing of these materials. Accordingly, Nike moves that the memorandum in support of Nike's motion to strike and exclude portions of Bertrand Guillaume's expert report and opinions [ECF No. 200], as well as associated exhibit no. 1 [ECF No. 200-1], be sealed.



Request **GRANTED.**
Plaintiff's motion to seal Dkt. No. 200 and Dkt. No. 200-1 is hereby GRANTED, provided that a redacted version of each be filed on the public docket.

**SO ORDERED.**
29 February 2024
DATE                VICTOR MARRERO, U.S.D.J.

Dated: February 28, 2024							Respectfully submitted,

s/ *Michael J. Gershoni*
Christopher J. Renk (admitted *pro hac vice*)
Chris.Renk@arnoldporter.com
Michael J. Harris (admitted *pro hac vice*)
Michael.Harris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Bridgette C. Gershoni (admitted *pro hac vice*)
Bridgette.Gershoni@arnoldporter.com
Michael J. Gershoni (admitted *pro hac vice*)
Michael.Gershoni@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6745
Facsimile: (202) 942-5999

Michael J. Sebba
Michael.Sebba@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Counsel for *Plaintiff* Nike, Inc