USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024

March 13, 2024

<u>VIA ECF</u>

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re:   *Nike Inc. v. By Kiy LLC et al.*, No. 1:23-cv-2431-VM-SLC (S.D.N.Y.)

Dear Judge Marrero:

Plaintiff Nike, Inc. ("Nike") is submitting its opposition memorandum to the Motion to Exclude the Expert Report and Testimony of Nike's consumer survey expert, Dr. Isabella Cunningham [ECF No. 202]. Nike's opposition memorandum contains excerpts of the depositions of Defendants By Kiy LLC and Nickwon Arvinger, as well as from the depositions of David Weeks and Brian Sica which counsel for Defendants designated as "HIGHLY CONFIDENTIAL" under the Protective Order [ECF No. 77]. Nike's opposition memorandum also contains descriptions of an email communication produced by Defendants designated as "CONFIDENTIAL" under the Protective Order [ECF 77]. Nike therefore moves that the opposition memorandum and associated Exhibits Nos. 1, 2, 3, 6, and 7 be sealed.

Respectfully submitted,

*Bridgette Gershoni*

Bridgette C. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP

---

**Request GRANTED.**
Plaintiff's motion to seal the opposition memorandum and Exhibits Nos. 1, 2, 3, 6, and 7 at Dkt. No. 208 is hereby **GRANTED**, provided that redacted versions shall be filed on the public docket.

**SO ORDERED.**

14 March 2024
DATE

VICTOR MARRERO, U.S.D.J.